**Dave C.**
Tampa, FL
👫 84 friends
⭐ 1 review
📷 2 photos

 8/29/2017 · ↻ Updated review

📷 2 photos

They have a canned response to the Better Business
Bureau which will just repeat the contract terms and that
you did not take out all of the other coverage. Their
workers destroyed new floors and they used a furniture
repair company's estimate to base the claim on. They
asked me for a repair invoice from my flooring company
then discounted it by 50%. They settled for 50 cents on
the dollar, mailed the check, and if you cash it, they claim it
releases them from any and all claims. Funny that they put
that little footnote in faded ink hoping you miss it. READ
THE CUSTOMER REVIEWS AND THE NY BBB
COMPLAINTS BEFORE HIRING THIS COMPANY. You
don't have to just take my word for it. No idea how they
have an A+ rating with so many complaints.



| 🔆 Useful 1 | 😊 Funny | 😎 Cool |

---

⭐ 8/9/2017 · Previous review

Used Flatrate to move from NJ to FL on a family
recommendation. The night before our move we updated
the inventory list and the estimate jumped by almost
double. Because they did not send someone to the house
like other companies, the rate was not guaranteed if the
number of boxes rose as we got closer to our move out
date. They sent a truck that was too small for the move out
and we wound up leaving items or packing our personal
cars with the items that did not fit in the truck. Our last
mattress was wrapped in plastic and placed between the
truck and the lift gate outside in the rain because there was
no more room. Stored with them and they delivered to
Florida about a month later. Items came off the truck tightly
wrapped on pallets with no care taken for boxes marked
fragile, glass, or the weight of items. Crew could not stop
apologizing for the damage and condition of our belongings
and boxes. Thankfully we did not take much furniture with
us. They lost my daughter's bicycle, ripped the wheels off a
heavy duty tool chest, crushed fragile boxes, and the
move-in crew deeply scratched 10 new floor boards we just
installed a week earlier. They dragged a treadmill and desk
around gouging the floors through the wear layer. We
submitted a claim within 2 days with photos and a full
explanation. Claims department told me I could use my
flooring contractor, but that no claim would be approved
until their own contractor verified the damage. We had to

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

wait another week for their furniture restoration company to come and verify the flooring damage and the contractor spent 5 minutes in our home, looked and said the would try to touch up as best as possible vs replace. Never even asked the brand of the flooring. Claim was settled for 50 cents on the dollar as they only covered us for .60/lb based on damaged and lost items. So my daughter's $400 bike was covered at 0.60/lb. The flooring estimate from their contractor was to touch up and fill the scratches rather than replace the boards as needed so their estimate was half of the actual cost. Per their instruction, I appealed my claim and also called their contractor for a copy of the estimate. Contractor would not provide a copy and confirmed they would not be replacing floor boards and were not a flooring company. Just furniture repair. After several attempts to explain and appeal this to Flatrate Executives, my appeal was denied and I was told to expect the original settlement check. The cost of Flatrate versus Mayflower and Allied was within a few hundred dollars at the end of the day and actually cost me more after the damage and claims process. We move every 5 years and this was by far the worst move ever. Don't try to save on the front-end as you may wind up paying more after they deliver. Will be posting photos as well. They have since deleted all of the customer posts on their Facebook page unless they were singing praises. I can't even imagine if we had moved more valuable items. The crews moving in and out were all hard-working and nice people. Accidents happen and they were very apologetic. Even they expected their home office would take care of things. Sad to say, but expect 50 cents on the dollar at best.




**Samuel L.**
Pasadena, CA
👥 3 friends
⭐ 9 reviews
📷 7 photos

 10/22/2018

If I can give a zero, I would!!

Flatrate is extremely bad in how it treated us in this move. The sales person mistakenly put our address to Queens, New York, when the move it has done for us a few month prior went to the same address in Los Angeles. The boxes ordered was insufficient. We contacted him many times about it but no response. When the movers arrived, we spent so much time packing. All these could have been avoided if the sales person would done his job right. Then the move was horrible. Furnitures like piano stand and frames were broken. It took Flatrate three months with multiple follow-up to get them to compensate for the piano stand. Worst of all, Flatrate only agreed to pay $106 for a picture frame that cost at least $217. Flatrate claimed that it has fulfilled its obligation under federal law by multiplying the weight by the cost per pound. Well, if that is the case, do not let them transport any jewelries or anything that is lightweight but costly. We mentioned to the sales person what needed to be moved. He did not mention anything about paying extra to add protective coverage.
Do NOT go with them!! There are many other moving companies that are better and more honest.

**Matt M.**
Boston, MA
👫 65 friends
⭐ 6 reviews

⭐⭐⭐⭐⭐ 3/12/2018
HEADLINE HERE IS THEY WILL BREAK YOUR
FURNITURE AND THEN NOT PAY TO REPLACE IT.

DO NOT USE THIS MOVER.

OK. so. here is the deal. Had a move to Miami from NYC.
Chose to use the same movers that I used when I moved to
NY. So went back to Flat Rate. Talked and bid on a number
of other options. Flat Rate did not come back with the best
bid BUT they had the history with me so I went back. They
did a good job the last move. Now I am a crazy mover. I
over-organize everything and pack all myself. So the day of
the move came. They were LATE to the move by 45
minutes. In lower Manhattan that is a HUGE problem
between elevators and street parking. It made for a very
long day and left me negotiating and begging the building to
allow us to keep the elevator over our allowed window.
(STRIKE 1). When we arrived the move in seemed to be
going well. until I started to notice some glass items coming
out broken. I didn't think much of it at first (its a move...
these things happen) and then a wood and leather armchair
came out and it was (I'm not exaggerating here) broken to
pieces. and I mean broken in literal pieces. The arm was in
3 pieces the leather was completely marked up and gouged
and the chair was totally unsalvageable. The chair had
been packed by the movers (apparently not even close to
protected). I was told I would have to file a claim and their
claims department would be back in touch with me. I want
to be clear here. I am very organized. We took a number of
photos at the moment, files a paper report then and also
contacted my mover directly to tell them what had occurred.
When I finally got a contact back from the mover claims
department 2 weeks later after I kept calling to follow up
(STRIKE 2) they decided I would need to fill out the second
battery of forms along with photos and links to the original
items showing the amount paid, etc, etc. Here I am again
doing all of the legwork for the items that they broke. OK
fast forward it has been 1 and a half months. Every week I
am calling to get an update. I am told I would receive an
email later today (on Friday)... no email. I call today am
hastily told I would receive an email in an hour and ((ding))
the email arrives stating that they would be willing to pay
1/3rd!!! of the value of this new chair (((A THIRD)))). Get the
Fuck out of here. You have got to be kidding. SO the lesson
here folks is AND LET ME BE VERY CLEAR  If you have
anything of value DO NOT USE THIS COMPANY TO
MOVE YOUR ITEMS. They simply DO NOT give one
simple shit about you or your household. AND with that, I
am out. Good luck.

**Sasa M.**
Westside, Houston, TX
0 friends
1 review

 6/26/2018

Used them for our latest relocation from London UK to
Huston TX. Everything seems ok and smooth until we have
received our boxes in Houston back in February 2018.
Even now, 5 months later we are still trying to figure out
what happened with some of our items. Flat Rate non
existing customer service simply didn't even try to provide
answers. We were not looking or expecting any
compensation but just a sheer explanation what and why
has happened. Most of missing items have only sentimental
values for us. We are moving back and forward every 3-4
years and this is the first time that we have so miserable
experience. Absolutely horrendous experience.

Sasa Milicevic
Houston TX

**Natalie R.**
Charlotte, NC
0 friends
2 reviews

12/20/2018

At first when I choose FlatRate I was very excited about the
service I received. Now that I moved customer service has
been horrible. This was my 1st long distance move and it
was just horrible. I am missing a piece of furniture that was
dear to me only item I had of my mothers and lots of things
broken although boxes said fragile on them. As well as an
entire extra large box filled with all my shoes new shoes as
well as worn. I have reached out to my rep asking for an
inventory list as those same items as added to my move
and they charged me for them BUT NEVER RECEIVED!
He replied back a month later and I am still waiting for my
list 9 days later. I need to submit my claim ASAP as this
move was in OCTOBER it is now going into Jan. Please be
a little bit more caring for the property of others treat them
as if its your own. Very upset!!

**Stacia H.**
Manhattan, NY
0 friends
1 review

 11/14/2018

Worst experience - DO NOT USE! I used them for a long distance move and in the process they shattered a large mirror, broke multiple pieces of furniture and delivered someone else's large flat screen TV to my house by accident and failed to deliver some of my boxes! The company basically harassed me to get the TV back, but won't help me with my missing and broken items. They have sent me from person to person, department to department without even an apology! It has been nearly 4 months and I still have no answer. I am APPALLED at how horrendous the customer service is for such a large company. Inexcusable. It blows my mind they are still in business and getting away with this type of treatment of their customers.

**Mark D.**
Manhattan, NY
0 friends
12 reviews
4 photos

 11/14/2017

4 photos

OVER $9,000 DOLLARS OF DAMAGE. Flatrate does not want to pay for the damage they caused. Chipped my Italian kitchen island along the edge. They broke other objects too. Pics included. The kitchen was not being moved and the claims department has gone silent. Sadly, the salesperson and movers were told repeatedly to stay away from the kitchen.

All (160)     **Mark's Photos (4)**



Case 1:20-cv-01204-LGS   Document 1-2   Filed 02/11/20   Page 7 of 60

**Nicole C.**
New York, NY
2 friends
27 reviews

⭐⭐⭐⭐⭐ 8/8/2017
ONE LARGE BOX STOLEN !!!! :(

this was the worse move ever, I never imagined that people that I contract could come into my house and still one large box and they do nothing about it. Worse customer service. Worst everything. STAY AWAY. I will be contacting BBB.

**Megan R.**
Brooklyn, Brooklyn, NY
0 friends
1 review

⭐⭐⭐⭐⭐ 7/2/2018
We hired FlatRate Moving to both pack and move us from Brooklyn to Manhattan. I would not hire this company to pack your materials. They piled multiple breakable items into boxes with no padding. When we expressed concern, the mover told us that "they are professionals" and we should "trust" them. Of course, we wound up with many damaged and broken materials. Some of these items were family heirlooms. For example, they moved a wooden bench and broke off a piece of the leg of the bench, which cannot be found. Picture frames are scratched up and broken at the edges. They crushed a plastic bin that had vintage cameras in it. They scraped up a vintage record player.

When I called to express these concerns, I was told that someone would get in contact with me so that I could submit a form for damages. I had to call back three times and talk to three different people before I got the form. Overall, this was a very bad experience. I would highly discourage people from using this company.



**Kai T.**
Manhattan, NY
0 friends
16 reviews
6 photos

 11/18/2015

6 photos

Paid these guys almost $7000 to move my expensive IT equipment. Paid extra for "Coverage" in case they broke any of my expensive equipment. They did over $8500 worth of damage and after WEEKS of waiting for them to respond to me about a settlement, they finally sent a letter rejecting all my IT equipment and offering me $950 to settle. I am currently seeking other means of recovering my money and will NEVER use this company again.

I feel cheated, ripped off, lied to, and given the run around. I would have come out ahead financially to throw my belongings in the Hudson river and re purchased everything when I arrived here. I have never been as dissatisfied with service in all my life. Worst movers on the planet.

Do not be fooled by the lies and slick marketing tricks. They will destroy your belongings and offer you a pittance for them. DO NOT HIRE THESE PEOPLE!!!

Kai's Photos (6)          Search photos...



**Sunita S.**
New York, NY
👥 93 friends
🔲 190 reviews
📷 49 photos
Elite '2020

 3/8/2018

This company is the worst at customer service. I moved back in October of 2017. During my move an antique art deco mirror was broken by them. They agreed that it was entirely their fault. Here's where the BS starts. They ask me to submit pictures of the mirror, broken and previous to being broken. Also, they wanted comps for the claim. I submitted all of their requested documentation as well. Within the time frame requested. They made a decision that my mirror was worth only $252 and that a check would be sent. This was back in December 2017. I have yet to receive that. Additionally, I filed an appeal because the mirror was clearly worth more. I have to date, left over a dozen messages to resolve this. I've also spoken to no less than 5 people, still have not received the initial check, nor a response to my appeal. Its now 5 months later and still nothing. Flat Rate, you guys are horrible. I WISH I could give ZERO stars. Don't use this company!!!!!

**Ruth A.**
Sea Ranch, CA
👥 25 friends
🔲 79 reviews
📷 31 photos

⭐⭐⭐⭐⭐ 12/22/2017

Used this moving company in September/October, they were recommended by a friend in the building. I experienced some issues with this company. First of all their packers were not very good at wrapping fragile items, several of my items were broken. They "lost" a box, was never delivered to my home in California. Then it was discovered box was in warehouse in New Jersey. Got email from move coordinator that she had confirmed box delivered to my apartment, except it wasn't. When contacted coordinator promised call back asap regarding issue. No call back. Called company this morning., disconnected three times!, tried to leave msg on coordinators phone, of course mailbox full, tried to speak with supervisor of department., disconnected after being on hold. I sense a pattern here?

**Michael F.**
New York, NY
👥 22 friends
📷 15 reviews
📷 16 photos

 3/11/2015

📷 5 photos

I hired flatrate to move me from the village to chelsea. 8 blocks. The movers for the most part were fine. I have moved 6 times in NYC and more than 10 across the country

They sawed a very expensive sofa in half they said to get it out the door but it had been delivered and made it into the apartment fine. They refused to pay and only. Offer 60 cents per pound for insurance which in NYC is a ridiculous amount. I am posting pictures too. They also broke a large frame. I will never use them again and encourage others not to either

All (160)    **Michael's Photos (5)**                    Search photos



**David C.**
Manhattan, New York, NY
👥 0 friends
📷 1 review

⬜⬜⬜⬜⬜ 9/21/2018

Crooks. Some insurance guarantee you have, You broke the leg clean off my Hans Wagner chair that cost $3,368.45. I sent numerous emails and called multiple times to appeal my claim settlement for which you gave zero reimbursement. I never received a response or even reached the voice of a human. Because this is still within the realm of small claims court in NY, you guys just ride it out. Great technique. Best of luck to you and enjoy your conscience when you go to sleep at night, but don't worry, you're making money - that's more important to you than your relationships with your clients.



**michael R.**
Manhattan, NY
2 friends
2 reviews
6 photos

 8/11/2016

6 photos

I am deeply disappointed by FlatRate. Booking was very simple, the phone rep was great, and the moving crew that showed up in Brooklyn was lovely, but now that I've received my boxes in my new home, I am SHOCKED by their utter disregard and unprofessionalism.

Multiple boxes were damaged beyond belief, with cut open tops and or hastily re-taped together. Many of items in the boxes are damaged and missing, and the move-in crew's excuses were pathetic. Further, flatrate's pay-up-front system leaves me with no way to pursue any kind of recourse.

BEWARE potential customers, everything seems great, until it's too late.

All (100)    michael's Photos (6)                                    Search reviews    Q



**Elliot I.**
Fort Lauderdale, FL
643 friends
99 reviews
408 photos



 7/5/2016

19 photos

Run, go to another company. We moved from NYC too Florida, when I tell you every box was open and everything was missing . From kids shoes to kids bike. My wife's clothing and her shoes . This company gave us a run around for 3 weeks and only gave us $500 for everything that was missing. Our shipping coast was 1300 and they gave us 500 just to Seattle . I will post pictures and show u how everything came to my house.

All (160)    Elliot's Photos (19)                    Search photos





**Chad D.**
New York, NY
1 friend
34 reviews

 6/27/2017

I would not recommend Flat Rate. In addition to damaging furniture and not mentioning it (to be expected?) they did not follow through on things they had agreed to and lied about it. Then, when the move was all over and I had generously tipped the foreman of the move insisted that I tip more! I think this was because I handed each man his own tip rather than handing it to the foreman for him to keep almost all of it as surely usually happens.



Michelle S
Santa Monica, CA
48 [icons]

⭐⭐⭐⭐⭐ Review

Do yourself a favor and just call Oz. They will do a top superior job and your belongings will be taken care of. I moved from LA to NYC. Paid for a full-pack which cost over $7,000 - total rip off for 2 bedrooms. The foreman left early due to a personal issue and the two packers did a tremendous job. Most of the boxes didn't have packing paper. They packed cleaning supplies with leather and fur coats. My leather bags, shoes and boots were thrown into the bottom of a box with heavy items on top and were all dented.

The packers didn't even put my flatscreen TV's in proper boxes. Instead, they put them in regular boxes (no protection) with other heavy things. The NY crew was appalled at the terrible job and kept apologizing as many of the boxes all arrived damaged. I think the LA movers threw them down the stairs for them to arrive in such poor shape.

They even lost a large linen box and claimed it was only worth $25. Over 20 items were damaged, including my bedroom dresser and teak armoire. The adjuster claimed those weren't moving damages. Funny how they were in fine shape when they left LA and the packers didn't. Most all my custom framed pictures are damaged bc they didn't wrap them.

Then, their customer service is unacceptable. My calls to the long distance manager weren't returned. It was impossible to speak to a manager. I believe they outsource their useless customer service who gives only canned responses. I provided two pages of itemized issues with over 50 pictures and they didn't do anything. Their insurance is a total joke. In the end, the issued me a check for $900 when the damages were well over $5,000.

Bottom line: Flatrate makes claims about being the best in the business but they don't uphold. They treat their customers like crap. I will never use them again. Don't make the same mistake I did.



Susan G.
Morganfield, MI
271 friends
16 reviews
3 photos

 7/13/2016 - Previous review

I needed to write an update as I told customer service I
would. As soon as my original review went "live", customer
service contacted me. They said that the original offer of
$75 for inconvenience + $120 for damaged items was a
"mistake". They offered to send me $800 (the original
ransom I was forced to pay) plus the $120. They also asked
that given this change "could you kindly change your
review". I told them, not a problem, once I received the
check. They said they would expedite the check. After 5
days and no check, I contacted customer service, who said
that I should receive it soon. After 12 days and no check
(and an additional two days to hear back from someone),
they said they would reissue the check and send it by
FedEx. I didn't receive the check until 7/13/2016. My move
was 6/4/2016. The check was for $920.

In a nutshell, after being persistent and vocal on all social
media outlets, and promising to update my review, I
received my forced 40% "tip" back plus money for
damages. FYI, I have received four emails from other
customers looking to sue FlatRate for similar experiences.
If you are moving, look into this company at your own risk. I
added a star because the check cleared.

Useful 5     Funny 1     Cool 1

6/20/2016 / Previous review

My move occurred on Saturday, June 4th. The four movers
showed an hour early without warning. No call beforehand.
I was given the paper to sign stating that a 15% tip was
necessary. I had planned on giving more anyway, but the
foreman (who was being called "Rambo") told me 20%
was necessary and it had to be cash. Although they worked
very quickly, packing and loading, they were extremely
rough. I didn't even realize until 3 days post move that they
had broken my mirror, as it was hidden in the basement
behind my television. They did not come with any tools, so
we had to unpack our own boxes we had packed to find
them screwdrivers, allen keys and drill, necessary to take
apart furniture that was too big to fit through doorways.
There were times were they were just standing around
waiting for my fiancé to find them tools.
About halfway through the day, the foreman told me that
20% tip was customary, but due to the large amount of
items left, I would have to give at least 30% or they wouldn't

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

continue the move. I begrudgingly agreed because I needed my items moved to the new location. The truck filled quickly and they said they were out of room. I explained the sales rep Larry Petrakakos knew my move would take at least two trips (the new location was less than a mile away in the same town) and was included in the price. Rambo flat out refused to continue the move and started packing up again unless I guaranteed them $800 cash, in addition to the $2,095 I paid for the move. He said he would have to be told it would take more than one trip and he didn't have to do it, he could leave if I wanted. I didn't have a plan B, I had no choice. They threatened to leave, so I said I'd pay it. I attempted to call my rep but I could not reach him, as it was late Saturday. The truck filled again as they had half the truck filled with empty boxes from the first run. I pointed out that the items that still needed to be moved were on my inventory list, BBQ grill, generator, bike and toolbox but they again refused to come back a third time. Rambo again started asking for more money or he wouldn't come back for these items, I told him the banks were closed and $800 was almost 40% and that was it. When they finally brought the third load to the new house, they were angry and rude, they put everything in the garage, even though boxes were marked "bedroom" or "kitchen". He gave me the paperwork and said to sign as he spent too much time already and needed to leave, I couldn't go through my items. I had four men, each over six feet tall, standing around me, demanding I sign the letter, I had no choice.

Later that day, as I attempted to unpack, I was shocked at the boxes. For example, I found a box packed with shoes, food, unwrapped vases and a coffeemaker. My clothes marked "master bedroom" were in the back of the garage. I have been digging out from this mess for two weeks. I felt that I was clearly taken advantage of but also backed into a corner. For lack of a better term, my items were held for ransom by this crew of movers, "give us more money or you don't get your stuff". I needed my items moved, I have a car, I can't transport a grill or a generator. At this point, I wouldn't recommend this company to anyone, in fact I'd advise against it.

I contacted the company and after two weeks of back and forth they sent me this. "At $0.60 per pound at 200lbs (mirror and tote box) your total claim is $120.00. We understand there were extenuating circumstances with your move and as we appreciate your patronage, we are awarding courtesy compensation in the amount of $75.00. Accordingly, enclosed please find a check in the amount of $195.00 serving as full and final settlement for claim #787100 filed on 06/08 /16."

I wouldn't classify holding my items that were listed on the preapproved inventory list for $800 as "extenuating circumstances". I am disgusted with this company.

**T. Bernie ..**
**Miami**, FL
👣 **542** friends
⭐ **145** reviews
📷 **324** photos
**Elite '2020**

 1/2/2015

📷 13 photos

Rating between 2 - 3 stars was debatable. Flat Rate was
referred to me by one of my graduate school classmates
that had success moving from NYC to MIA. Unfortunately,
my experience was not as smooth. I believe generally they
are 4/5-star, but my experience was the outlier which I feel
no other person, especially someone not covered by
corporate expense should endure.

On a positive note, the email or phone responsive of the
Flat Rate office team is great as is the speed in which items
are packed/unpacked, loaded/unloaded by the on-site
movers. Also, the paperwork is well laid out. However, the
negative is a lack of organization to pack/unpack boxed
contents; as well as my move was scheduled against my
preferred timing, leading to both inconvenience and
inefficiency of delivery plus some of my furniture arrived
with damages and all furniture had dust. Also at the end of
the first 3-month storage period, I was notified my monthly
storage fee would double. I had to refute such gouging and
eventually I agreed to a more a nominal increase, but an
increase all the same which I found unscrupulous as
nothing in original contract said rates could change.

It was agreed to in writing and verbally that I would be
alerted 48 hours before delivery. Instead not only was it
only 24 hour notice, Flat Rate Long Distance decided to
proceed with the move on a date when I had tight
availability and that my building management could only
assign 2 hours use of elevator even though we both
requested the day after which was free availability. The
movers were there a total of 3 hours and 45 minutes. Given
the poor scheduling, I had to take a conference call so I
was preoccupied for the first 2 1/2 hours of the move. For
what remained, it was difficult to direct the movers due to
the missed time and so many items being in my apartment
that were brought up to adhere to the 2 hour elevator limit.
Also, due to the poor packing of my boxes, and being that I
have so many items, it was difficult to properly place items
for two reasons, first, the boxes were not detailed in
labeling. For instance, books in boxes were labeled to the
correct room, but there was no labeling of which shelf, and
left to right, based on how it was setup before packing it up.
Therefore, without me overseeing, the books were
unpacked and haphazardly placed on shelf, mostly back to
front. This created aimless work for the movers and extra
work for me in completely reorganizing. Second, all

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

Case 1:20-cv-01204-LGS Document 1-2 Filed 02/11/20 Page 18 of 60

furniture had dirt which led me to question were my items not stored wrapped; the dust was caked on. I received no heads up beforehand that this may be the condition they arrive in to prep so unpacking was futile as all furniture had to be thoroughly wiped and sanitized. Given the dust, why would Flat Rate not recommend that I cancel unpacking given their expertise of what condition lengthy stored items might arrive in? Also, many boxes had a mix of items just thrown in without regard for the protection or delicacy of the items, i.e. shoes with lingerie, kitchen items with linens, light fixtures with hair products. I have a lot of things and this move wasn't easy on both ends, however, my contract wasn't just for transporting items, but also fees for packing and unpacking. Including $500 cash tip for the movers on both ends, I absolutely feel jilted. To add insult to injury, a handful of furniture items were delivered scratched with gashes in the wood that were not there prior and two pieces off hinge. Additionally, right after my pickup, I reached out to my booker that the movers left two picture hangings on wall that I specifically asked to be packed; to this date I've received no response, apology or compensation. My Dirt Devil vacuum and Black & Decker drill are missing; as well as the moving blanket I borrowed from a friend seems to have been accidentally taken during unpack.

The only thing that got me through the delivery was how great the foreman was. I really wish the packing had been done better so that they could have unpacked better and helped me more because they had such great attitudes. Unfortunately, I had to release them as it was futile due to hapless packing and dirt on the furniture. Plus what they were unpacking actually was creating work.

Moving is a strain enough as it is, even more so as a single woman, and without a company covering long distance and the long storage expenses. I am hoping that Flat Rate does the right thing with reparations for the claim and photo documentation I submit. Should you select Flat Rate, please be proactive to ensure you do endure the damages and occurrences I had.

Photos are posted to show above.

All (160)    T. Bernie's Photos (13)                                    Search photos    🔍





**Wendy B.**
New York, NY
👥 162 friends
📷 3 reviews

⭐⭐⭐⭐⭐ 6/9/2017

I do not know who's writing these positive reviews. I cannot imagine a positive experience with this company. I want to keep this short because I know the people do not read long reviews but I have so much to say. Between the rude foreman ( Jonathan) to the salesman who convinced me to save money and take the low insurance because according to him nothing ever happens. this was an awful experience.
Things happened. they broke two chairs, a coffee table and a kitchen table. There was grass on my 3000 light. Items all worth well over $6000. They reimbursed me under 1/6 of that. And that was only after I threatened to write poor reviews all over the place. If you look carefully there are so many instances of broken and lost items that you do not see at another moving company. Please please please do not use this company.   you'll be very sorry

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

**Megan S.**
Brooklyn, NY
0 friends
5 reviews

 1/28/2019

I would include negative stars if it let me. My husband and I had a terrible experience with them when moving from Brooklyn to Ohio this past summer. For starters, they misquoted the price and when the team arrived to pack our apartment they did a terrible job and intentionally underpacked the boxes so they could charge us more. When they informed us we had exceeded the number of boxes, they extorted us for more tip money saying if we paid them more they wouldn't add the extra boxed to our total. We felt we had to in that moment to avoid the even more expensive fee for exceeding the boxes. Of course they ended up taking the money and still reporting the boxes. Then, they changed the delivery date on us so many times and we had to stay with friends or go days without things. When everything arrived more than half of it was broken; our couch frame had been snapped, the majority of our dishes were broken, and all our furnitire was scratched. When we called to complain we were essentially told, "no one cares." This was an awful process from start to finish. NEVER use this company

**Rebecca D.**
West Hollywood, CA
0 friends
4 reviews
12 photos

 10/11/2017

12 photos

WORST MOVING COMPANY EVER!! DO NOT USE THIS MOVING COMPANY. The worst customer service, rude, no integrity, damage everything valuable. Over Charge. Their white glove service is false advertising. See below picture. They will low ball you for your value of items even when paying for extended coverage. David Giampietro is their COO and is fully aware of their poor practice, and has a large legal team who deals with numerous claims as he stated. Customers are assured great care will be taken of their valuables, not knowing that if in fact damage occurs you do not receive an amount that even comes close to the true value of your items. I should have looked at all the numerous bad reviews and similar stories before hiring them as movers. I paid $9k for a cross country move and they damaged my new home and furniture.. pictures below are a few examples.  TERRIBLE COMPANY

**BE 11000**    Rebecca's Photos (12)                                Search photos...

**Rhandy A.**
Montclair, NJ
157 friends
10 reviews

□ □ □ □ □ 7/15/2017

Aside from the fact that Flatrate delivered my furniture passed the delivery window given to me, some of my things were missing and/or broken. When I received my furniture I noticed that two of my boxes that were labeled "electronics and mix" were opened and retaped. I did not give too much attention to this because I was paying a lot of money for the delivery and I did not think that Flatrate employees would go into my boxes. The boxes clearly had a cut through the tape along the seem and then were re-taped the opposite way. At first I thought maybe the box opened and it was secured but then as I started to assemble my home office I could not find my external hard drive with all of my documents and sensitive government materials. I did find on the other hand, the bubble wrap that I used to secure it. Before jumping to any conclusions I waited to look through the whole box. My Beats headphone case was also left behind in the box without any headphones or the accessories that come with it (cables and cleaning wipes). At this point I realized that my things have been stolen. In another box I had a plastic bag full of wire accessories and small electronics. This bag was ripped open and my Sony camera and google chromecast device were taken. In another box labeled Fragile a custom Alaskan flower vase was broken along with a dinner plate.

If you want your things stolen and broken hire Flatrate Moving.



Marguerite E.
Tucson, AZ
⭐ 284 friends
📷 12 reviews

⭐⭐⭐⭐⭐ 8/29/2017

I would give them less than a zero if I could!!
Horrible...do not use!
They moved me to Arizona and the movers didn't show up
and I had to move myself from 5 PM until 3 AM ...Items were
dropped and broken
No one has followed through
Horrible experience!

Kate F.
New York, NY
⭐ 0 friends
📷 10 reviews



⭐⭐⭐⭐⭐ 11/25/2017

The movers who moved us to NJ from NYC, threw away
the Christmas China I had been given since I was a child
and attempted to get me to pay additional money  -- saying
that the truck was filled more than what was assessed even
though the mover forgot to pack a room in my apartment
before my goods were delivered.  Numerous items missing
from my apartment.  Flat Rate refused to compensate me
for the value of the lost items.  Stay far away from Flat Rate.



Stella T.
New York, NY
⭐ 221 friends
📷 300 reviews
📷 449 photos
Elite '20?

⭐⭐⭐⭐⭐ 4/21/2016

Terrible experience! Dishonest scammers.  They damaged
the hallway of my coop and refused to pay for the damages
meanwhile I had paid for a certificate of insurance for the
move. I got stuck paying for the damages out of pocket

A J.
Manhattan, NY
⭐ 0 friends
📷 8 reviews



⭐⭐⭐⭐⭐ 7/1/2016

I wanted to like this mover, but they showed up with a truck
too small so our things were on the street for hours until
another truck could come, there were not enough men, and
the move took almost 12 hours.  Also  many things were
broken.  Many, many things were scratched.  They said
they would wrap paintings but none were wrapped so some
frames were scratched.  And a fair amount of the furniture
was scratched as it was not wrapped in blankets like they
said  they would.

**Kristin M.**
Hoboken, NJ
186 friends
3 reviews
1 photo

 12/18/2017 · Updated review

1 photo

The company and service seemed great at the time, but multiple small items were broken, which is what it is and I am aware accidents happen.. but my two most expensive items were ruined- my white Restoration Hardware couch has stains and dirt all over it-even w professionally cleaned, it looks terrible. And my new 65 inch flat screen was dropped. After a month of stalking their claims dept, I am getting a total of $450 back when my tv alone was $3200. also, I told the men the tv was expensive and to be careful. I am very disappointed and only use this company if you plan on getting the extra insurance

Useful     Funny     Cool

 10/23/2017 · Previous review

The company and service seemed great at the time, but multiple small items were broken, which is what it is and I am aware accidents happen.. but my two most expensive items were ruined- my white Restoration Hardware couch has stains and dirt all over it-even w professionally cleaned, it looks terrible. And my new 65 inch flat screen was dropped. After a month of stalking their claims dept, I am getting a total of $450 back when my tv alone was $3200. also, I told the men the tv was expensive and to be careful. I am very disappointed and only use this company if you plan on getting the extra insurance.



**Kathy B.**
Van Nuys, Los Angeles, CA
👥 0 friends
📷 3 reviews

 10/31/2018

We were very disappointed about our cross-country move with Flat Rate Movers. We had arranged for Flat Rate to pick up our office furniture, hold it for a month and then deliver it to California. The pick up seemed to go well. However, when I asked for the inventory that they said they would give me of all of our items, they refused to do so and immediately shipped all of our items to California. I had to scramble to find storage for the 30 days that Flat Rate had promised us. When the shipment arrived, we were missing one item. It was an expensive piece of artwork. The delivery guy said the scanner showed the item was still in the Flat Rate Movers warehouse. We never saw it again! Flat Rate fought me on my credit card dispute over their fees to recover the value of the artwork. Instead of receiving $3000 for the artwork (confirmed by purchase order), Flat Rate paid $650 and closed their file. Flat Rate made no effort to locate our artwork!



**Laura E.**
Manhattan, NY
0 friends
13 reviews
6 photos

  5/9/2016

6 photos

A PICTURE'S WORTH A THOUSAND WORDS: SEE
PHOTOS BELOW
After having used this company before, and referring many
friends and family, I am so sad to have to report the poor
treatment my belongings received by these movers and
storage people.

I used this company 3 times in the past 15 months and
stored items with them over the course of a year. After
spending over $6000.00 in moving fees ( not including
storage) and $1000.00 in gratuities, I am left with severe
damage of irreplaceable items and loss of things left in
storage. Furthermore, the moving men removed parts from
an antique clock that they later could not replace, leaving
me with a non working clock.

What infuriates me the most is that you are expected to tip
generously, (seeing how much physical labor is involved,
one is made to feel guilty if you don't tip on top of the
exorbitant rates) and these tips are dispersed before you
can unpack and see how careless they were with your
precious belongings. After over $1600 in loss there is no
way these guys should have received $1000 in gratuities!

Since every single box (made especially for fragile items)
was marked accordingly, there was no reason to handle the
items in such a rough manner. Furthermore I kept asking
the movers not to carry certain boxes one on top of the
other for fear of crushing fragile pieces. They kept saying to
me "don't worry".

And finally, I have repeatedly reached out to customer
service asking to speak to a manager before I wrote this
review. I don't like to write bad reviews and have given this
company every opportunity to make this right. They have
not done so.

All (160)   Laura's Photos (6)                    Search photos



**Christine B.**
Chicago, IL
0 friends
18 reviews

 11/1/2018

AVOID IF YOU HAVE ANY COMPLICATION IN YOUR
MOVE! Paid a premium price for "guy with a truck"
experience. Problems at each step and unbelievably poor
customer service/communication. Moved from NYC to
Chicago and initial quotes didn't make sense, so contacted
head of the department to straighten out. Such a hassle,
but we thought we were ok. Then, 2 days before our move,
we get an email, NOT even a phone call, that because of
federal rules for trucker breaks, move needed to be pushed
out by 2 days. NOT acceptable, considering everything we
had lined up in Chicago to happen post move. And I
checked, federal rules didn't change overnight. Took us
1/2 day of furious calling to get anyone on the phone.
Finally they agreed to keep the date. But then we had to
deal with lost furniture. They had a lot of our stuff in
storage, so we personally went to the facility to decide what
to junk. We physically saw everything in our unit that was
supposed to go to Chicago. But bad surprise, they brought
an Ikea TV stand (which was supposed to be junked) vs.
our antique dresser that is irreplaceable. Also, instead of
having 6 guys who moved us out in NYC, we only had 3
guys to move into our new place (which didn't have a
service elevator). We ended up rushing around ourselves
to get stuff off the truck at the end of the day. Despite that,
the drivers took back a box that had one of our dining room
chairs on it--and drove off. I was assured numerous times
by Management that the antique dresser and dining room
chair would be returned. 3 weeks of having to constantly
follow up, I get an email to make a claim. Again, not even a
call to take responsibility or even apologize. And the
money I got back was a joke compared to the value of the
objects. Again, if you have any complication in your move,
STAY AWAY from Flat Rate.



Stefanie R
Manhattan, NY
★★14 friends
📷 7 reviews

 4/20/2018

This is the worst moving company in the market, extremely unreliable and non responsive. They claim themselves to be professional but it is pretty much a gamble whether you get a good mover or not based on their availability. In my case they never delivered a full piece of furniture as the movers broke it and then just apparently disappeared it. They also broke the legs of my bed frame and were able to fix it ... weeks after we moved in, forcing us into the situation of having to sleep on a mattress on the floor. You also need to make sure they deliver all pieces to you as after taking 9 hours to complete my move, due to having extremely unexperienced people, they lacked in delivering all of my items. I had to call for them to redeliver next day. After a month of having moved in to a new place, I still have not gotten replacement or refund for my table and have had to deal with numerous calls and lies from their incompetent team

Amrita P.
Chicago, IL
★★ 9 friends
📷 12 reviews
📷 13 photos

 6/16/2017

📷 5 photos

Do not use this company for long distance moves. I moved from NYC to Chicago in June 2017 and was charged $1500 for the move (30 boxes and 4 big pieces of furniture - wooden chair, bed, dresser and nightstand). The 3 of the 4 pieces of furniture (which were the only things packed by FlatRate) arrived completely destroyed. I filed a claim as I figured I was a disgruntled employee. After multiple emails and phone calls, I was given $250 for my "troubles". I had to purchase a new bed, dresser and chair. If I knew they were going to be so careless with my items, I would have sold them in NYC and not paid them to move the big items! There are a lot of better companies out there that might be a little bit more expensive but will treat your stuff with respect.

All (166)   **Amrita's Photos (9)**                    Search photos...   [Q]



**Cynthia L.**
Beverly Hills, CA
👥 30 friends
📷 83 reviews
📷 1 photo

⭐⭐⭐⭐⭐ 1/7/2017

I have to start out by saying the guys who delivered my
furniture were fantastic - they did everything just right. Now
who's fault is it that so many items were broken, including
my media center, my dresser, my lamps, cups, wine
glasses. etc., I don't know.

Not only did so many items get broken, they can't find my
Tempur-Pedic mattress!! I received a bunch of calls from a
bunch of people with titles and all I heard was "file a claim"
– FILE A CLAIM, WHAT DOES THAT DO FOR ME?
SLEEPING ON A HARDWOOD FLOOR WAS NOT MY
IDEAL SITUATION. I was promised all day that someone
would call me by 5 pm on Friday, by 2 o'clock on Saturday. I
still had not heard from anyone and had to call the
warehouse myself, but of course the person on the other
line, had no authority to help me and again, he said "file a
claim on Monday because the claims department is closed
on Saturday" - GREAT, THANKS. On top of all this mess, I
packed my comforter in a special comforter bag, so imagine
my surprise when I opened up the box that contained my tv,
and there was my expensive comforter wrapped around the
TV!!! Still missing my coffee pot, vacuum cleaner curtain
rods, etc. I also found a bunch of towels wrapped around
other furniture items - which means, my boxes were
opened. The packers in LA packed my round lamps shades
in a box and of course, they are ripped and broken, why
didn't they put them in a special rectangle box I am
disappointed and will never use them again. My family
members tend to move around the country all the time and
this company is off my list! I did receive a phone call today
and was told to purchase an air mattress in the meantime.

**Wendy R.**
**Wallingford, CT**
👥 0 friends
📷 1 review

 10/7/2017

I'm not sure where to begin except at the beginning which went extremely well. Laurence was my representative he was awesome, professional, affable and completely up to the task. I had a complete pack and move from a one bedroom apartment in New York City into a drive up storage unit in Connecticut because I needed to wait 1 month before I could access my new apartment.

The moving crew seemed extremely professional especially the foreman, Luis. Although I have yet to unpack the furniture which seems to have been carefully wrapped, the quality of the packing part was anything but. Anything that had its own box i. e. the lamps so far seem okay but too many things they packed did not arrive in one piece. Moreover the reason they didn't is because they were not padded Inside the Box from the other items inside the Box, one example is a large decorative hi high-back chair with a wood wicker webbing and velvet cushion seat was packed with a wood dining room type chair on top of it. There was no padding between the wood wicker webbing and the wood chair. Naturally the webbing is broken. A ceramic crock pot was in a million pieces because it was placed in the bottom of the box with no padding below it, the top was intact.

I could go on and on, but I won't. I fear what I will find when I unpack my glass collection and the Crystal. I packed a number of things before they arrived and labeled the contents with care, they did not, myriad items were packed together of different ilks making unpacking even more unpleasant then it was already going to be.

I still have 23 of the boxes they packed to open as well as most of the furniture and most of the fragile items.  Pray for me

INDEX NO. 654823/2019
Case 1:20-cv-01204-LGS   Document 1-2   Filed 02/11/20   Page 30 of 60
RECEIVED NYSCEF: 01/21/2020

**Luca A.**
New York, NY
24 friends
2 reviews

 10/2/2017

We hired Flatrate to move us 3 blocks down. The crew was able to damage our furniture and the common hallways (yes, the building charged us for damages on wallpaper and building entrance). Even though we had paid more for insurance, we were ultimately reimbursed less than 2k. Unless you have Ikea furniture, PLEASE STAY AWAY. Our pieces were antiques and the damages are irreparable. Also, the very attentive people who were so good at following up before we signed up with them, after the damages, they all disappeared.

**Mike K.**
Philmont, NY
0 friends
29 reviews

11/9/2015

My wife and I have moved nine times over the years. This was the worst move we have ever, ever had. Pretty much a disaster from beginning to end. First, they are totally tied up in their own (mostly electronic) paper work, but had a very hard time getting it right. Communication with them was terrible, from beginning to end - as one example, we couldn't get the insurance certificate for the building we were moving out of until the morning of the move! But the worst problem is that the move itself seemed to go well, until we started opening boxes. it was soon clear that a few boxes had been dropped. We had 10 or 12 items broken, most of them pieces of significant value, emotionally and/or (we took the extended coverage and they say they will make good, but the jury is still out on that claim).

Do not, under any circumstances, use this company.

**Damian V.**
San Francisco, CA
0 friends
1 review

5/3/2018

Definitely STAY AWAY from this company. They broke the door lock of the apartment on their way out; they overcharged us; and 60% of my clothes disappeared. NESTOR and his team are definitely not trustworthy. The costumer service department is far from diligent and they just keep transferring you from one to another. I will definitely not use this guys again and definitely filing a police complaint.

**Alicianne R.**
Manhattan, NY
0 friends
5 reviews

⭐⭐⭐⭐⭐ 8/18/2017

Did a cross country trip with FlatRate and they completely destroyed my TV and two pieces of furniture. The moment we asked for a credit, they went radio silent. Zero help or acknowledgement

**Opilova O.**
Brooklyn, NY
0 friends
9 reviews
2 photos

⭐⭐⭐⭐⭐ 8/4/2016

📷 2 photos

This is the worst move of my life. And I was just moving apartments 6 minutes away in Brooklyn. ZERO STARS.

One bedroom apartment, 650 sq feet. It took 3 guys from 10AM to 8:30 to accomplish this. Both were co-op, elevator buildings. We had a bed, dresser, night tables, one couch, 5 bookshelves, a table, a lamp, books and kitchen to pack up.

They threw the books into large boxes without any regard to them, because, get this - when they went to get supplies in the morning, there were just 5 book boxes available to them.

All of our belongings were just thrown into large boxes, no organization attempted.

They damaged our bed incredibly badly, rolled a latex mattress instead of just picking it up (had to assemble it again myself), damaged the front door in the old apartment, damaged the marble floors in the old building. When the super pointed out the gash they left, the response was - "we don't care."

When I pointed out a box of photos and asked for it to be treated carefully, guess which box I found at the very bottom of a pile of large book boxes? Yes, that one.

They damaged the bamboo new floors in the new apartment as well.

3 college kids, not professional movers we were paying for.

Awful. STAY AWAY

Case 1:20-cv-01204-LGS   Document 1-2   Filed 02/11/20   Page 32 of 60

All (160)   **Opilova's Photos (2)**



**Michelle L.**
Manhattan, NY
👫 **14 friends**
⭐ **83 reviews**
📷 **6 photos**

 4/14/2015

📷 5 photos

This is my 57th review and I pride myself on being fair and even handed.

While I have not always been delighted with the services I have received, I have never called a company deplorable- nor would I do so lightly.

I was having my apt painted and floors redone so needed to have my furniture removed, hence my call to Flat Rate. I carefully planned the timing of the painters, flooring install, and the movers (even allotting a few days"wiggle room") as I was having people over for Passover and Easter.

The first group of movers pick up my furniture to bring to Flat Rates' warehouse in NJ. A little over a week later, they were to be returned. The second group of movers arrive and were almost finished, when I was advised that there was "a problem."

I accompany him to my lobby where I find my very expensive side buffet, upside down with the back leg and adjoining area smashed to pieces. He admitted this was his fault and that it occurred days before when loading my furniture from the warehouse into the truck. I asked why someone from Flat Rate didn't call me prior to delivery? He was instructed to deliver it broken, and to advise me to file a clam. This was the first red flag- Flat Rate was aware they damaged my furniture and yet, for some inexplicable reason, felt no obligation to let me know beforehand? I called customer service immediately and assumed they would be as concerned as I was. I assumed incorrectly - their response was "oh, sorry -fill out the form and send it back to us". I filled out the form, included photos, and a receipt which shows the cost of the piece.They also ask for the weight - which is absurd. Not sure about all of you, but I can't for the life of me remember when I weighed a piece of my furniture. Clearly another red flag.

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

Saying I was devastated about the damage that Flat Rate caused would be an gross understatement. Just to clarify, if this were a piece from Crate & Barrel, sure I would be upset, but we are talking about a piece that was bought as an investment, and over $6,900. Since I was aware of the value, I opted for their insurance which was to cove me for $10,000.

I receive an ambiguous email from their Customer Service Dept - I say ambiguous as it was signed "customer service" (no actual name of a person to follow-up with). They tell me to contact "their vendor" All Furniture Services so they can come and assess the damage. AFS arrives three days later - the guy tells me how great he is, and that he can "fix it" Fix it? Even if AFS were miracle workers and could "fix it", the piece would no longer have the same value.

To add insult to injury, I needed to call 20 people to tell them to find alternative arrangements for the holidays as I now have a large piece of furniture sitting in my kitchen, and my kitchen furniture in my living room, so clearly I cannot have people over- another big thank you to Flat Rate from my friends & family whose holiday plans were cancelled the day before!

I then receive an email to advise that my claim is now "closed". They have graciously decided to offer me $250.00 as a "courtesy". So Flat Rate just damaged a $6,900 piece of furniture, and their idea of settling my claim is to offer me $250.00? They said I can have it repaired by AFS for $450.00. As per Flat Rate, I have a $500.00 deductible so while they state that they will "repair or replace any damaged furniture", in actuality, you are the one who pays for the repair. I am far from obtuse so what am I missing here?

I still have the broken piece of furniture in my kitchen (where their men promptly dumped it) and my apartment looks as though I just moved-in, instead of just being redone.

Flat Rate is not disputing that the caused the damage - so the big question is why would any reputable company not take responsibility and offer to replace the piece? They are under the misconception that an offer of $250. will cover my inconvenience  Inconvenience doesn't even begin to describe what I have been through - all due to Flat Rates' negligence. They have decided to wash their hands of the matter, I on the other hand have not.

I called Customer Service to ask for the name/email address for someone on their management team. Nope sorry - "we cannot provide that information"

I work in management for one of the largest privately owned companies in the U.S. We gladly provide contact info for anyone in our company. Why? - because any company with integrity actually WANTS to hear from their customers -whether for a compliment or complaint. That is what good companies do. That is what ethics and good business practices are all about. Clearly Flat Rate has none.

All (160)   **Michelle's Photos (5)**                                    Search photos

    

**Shirley R.**
**Manhattan, NY**
👥 **1** friend
📷 **5** reviews

⬛⬜⬜⬜⬜ 9/25/2015

I moved in the end of July just across the park. Movers took a chunk of wood out of my dresser. I bought extra insurance with Flatrate for $150. When I filed a claim, it took 2 months for them to 'process' and they claimed that the damages are 'normal wear and tear' (?!)

The worst part is when I called and complained, they were rude. didn't listen and spoke to me as if I were a 5-year old.

This to me is fraudulent business practice. I have pictures of the damage and I cannot believe they treat customers so poorly when there are so many moving companies out there to choose from.

I would NEVER recommend anyone to Flatrate again. In fact, if anyone asks me about movers. I will tell them to RUN AWAY from Flatrate.

Very, very very disappointing.

**Rupali D.**
**WALL STREET, NY**
👥 69 friends
⭐ 11 reviews

 1/30/2017

We had an AWFUL move with Flat Rate that was managed by Larry Petrakakos. He came highly recommended via the downtown moms group. He was great through the initial sales process however the post customer service by him and the company has been absolutely awful.

We even purchased the additional insurance to cover any additional damages. To sum it up they split our DWR Teak dining table in half, cracked all the corners of our Environment bed and the head board will not line up evenly, bent the arms of our Arektipo sofa and now we have a permanent creaking noise when anyone sits or stands up.

They took over 3 months to respond with a resolution to the claim, I have yet to speak with a live person from the claims department, Asha the claims manager is utterly RUDE and has no manners. I just don't think it's fair that these moving companies can charge for the cost of moving, the additional insurance and when time comes for the claim they just brush it aside and don't even reimburse enough for the cost or fixing or replacement.

So I want to take this to court, and would love any additional direction because I don't know where to start. I know for small claims it is only up $5000 and you can file yourself, but I need help finding an attorney and how to file the claim with the courts. Any thoughts or assistance, or if you have experienced this yourself would love to hear how it worked out.



**Bashi A.**
Miami Beach, FL
194 friends
149 reviews
29 photos

☆☆☆☆☆ 6/10/2017

Unbelievable. When I looked for a moving company I had several ones coming in and decided for Flatrate because they said they can provide the moving dates I needed. I had the minimum yet put 1700$. When the movers came I got pressured to tip which I was gonna do at the location when it's the delivered but oh well. They told me I had to tip twice minimum 20%. I gave them the location they had to move it to and signed it on top of that. So after five days I called in to find out where my stuff is the and surprise surprise it was storages in New Jersey and never shipped at all. So when I asked why they said oh well we didn't have an address to ship it to? Yet I gave them every information they needed, my phone is on 24/7 and on top of that they got paid before even picking up my stuff. So now I have nothing to sleep on, neither do I have clothes, nor anything to cook in! There solution is literally nothing! They didn't try to find a solution right away they only said well I should wait till Monday and see what happens! It's ridiculous! I shipped that stuff a week before I even got to miami on purpose so I don't need to stay without anything and don't end up sleeping on the floor! I'm so miserable and unhappy! Don't use this company! They take your money full and don't give a shit about you after! Nobody followed up with me or tried to find out what's up! Unbelievable bad service!



**Jane S.**
Manhattan, NY
a friends
21 reviews
1 photo

☆☆☆☆☆ 11/9/2014

I'm not sure I've experienced better, but surely no worse. The movers broke two very expensive tables due simply to carelessness and not caring. I found out after I was lied to by the fellow in charge and after I had tipped them. Today my son got on my exercise bike only to have a major piece fall off. The movers simply put it in place so I would not see it was broken. Boxes delivered to the wrong room is par for the course. This is too much.

New RULE #1. NEVER tip movers until you have gone through ALL your things. They can wait.

**Roger D.**
Manhattan, NY

⚥ 0 friends

★ 4 reviews

 12/18/2017 · 🔄 **Updated review**

FLAT RATE MOVERS are not serious, honest, or reliable movers at all.

I was robbed by their movers almost 10 months ago, no initiative, no interest whatsoever to compensate. Their offer was close to $300,00, when the losses where over $15,000.

Management disappears when the problem is presented, no accountability. They hire the lowest possible employees, in general upset in working for such cheap employer, and they take advantage of their clients, robbing, stealing whatever they can. That happened, and the top managers just disappear from the scene when the problems occur.

Now litigation will take place representing a few of us, who suffered substantial damages. They will be penalized by the NY pertinent Agencies.

DO NOT FALL INTO THEIR TRAP, THEY ARE NOT TRUSTWORTHY, HIRING THE LOWEST POSSIBLE CLASS OF EMPLOYEES.

Keep away from such dishonest business. We suffered damages which remains unpaid for almost one year, requiring legal suit!!!!

 3/17/2017 · **Previous review**

FLAT RATE experience has been the worse possible.
There is no responsibility, no management and worse no
accountability.
This business is listed as one with most dissatisfied
customers- here with well OVER 1000 PROBLEMS, but
they don't publish those in their Web site. There are suits
against the business and Israel Carmel, despite David's
defense and tricks in dealing with those critical issues.
We suffered substantial financial losses as one of the
workers of the crew is apparently trained to execute
thefts while pretending to work in the moving, and upon
complaining, a certain individual called David - in charge
of Compliance- promised to make up for the 'problem' , ie
someone who is a gangster type himself, used to put
pressure on the clients , hoping that the situation is
forgotten and he can keep tricking people into more
moves and more business. The problem with FLATRATE
is that they don't scrutinize their movers, hiring anyone
that show at their doors, some with terrible criminal
history, they still hire, paying an insignificant amount for
the low class scum help they hire, while charging
premium amounts from the customers.
This individual - David- called himself a lawyer has the
job of deciding who represents a risk of bringing them to
Justice through suits or not. The way he does this is
through High pressure, they are clearly against women. If
a man makes the claim, this so called 'lawyer' deals
differently.
He yells, he accuses the client. he uses and abuses of
women clients.
We are now hiring a specialized Law Firm to sue Flat
Rate, Israel Carmel and David- the terror guy, who has
the job of making fun of the clients, as we are serious
people who believed they were a serious business.
They lie, they misrepresent, and worse, they endorse the
employees who rob the customers, while we are paying
them to do the move.
We have been victims of this moving Co., who should be
out of business soon, as dishonesty doesn't go a long
way.
We will pursuit this legally, and are now trying to have it
as a group action.
FLAT RATE will not continue abusing of women at their
own discretion, hoping that the public will be silent. NO
MORE USE AND ABUSE, ROBBING THEIR CLIENTS
IN THEIR OWN HOMES WHILE PRETENDING TO BE
IN THE MOVING BUSINESS.

 2/22/2017 · Previous review

Beware of those movers.
The Co. used to be responsible and honest.
More recently used them, and what a disappointment!
They use the lowest less qualified workers, and I was
victim of theft by one of them, who blocked my entry to
BR, so that he could execute his plan of action. He took
the Jewelry, left the Box in the closet.
Upon opening the box on final destination, immediately
reported it. They 'recommended' not to report to the
Police, that they would 'remedy' the situation, but never
happened.
Management is as dishonest as their low type
employees, not trustworthy, really the scum in the
Industry. Not only they are liars, they quote a fee and
then in the middle of job, increase the price based on the
chaos created by the employees. They don't follow
directions, they don't receive guidelines by management,
so we were at their own 'direction', and because of their
lack of judgement, this Move cost us double the price
quoted, PLUS victims of theft by employee who basically
blocked access to the area he should not touch-
specifically told DO NOT touch. They do what they want,
now we have to sue them, already went to the Police and
next will be an alert to the public to avoid such scam.
THIS COMPANY IS A SCAM......
Dissatisfied  old client who has been robbed inside her
own home by the Movers!



**Ayoa A.**
Brooklyn, NY

⬛⬛▢▢▢▢ 7/10/2014

Somehow all my friends recommended Flatrate to me and I had a terrible experience during my first and last time moving with them.

We had a crew pack our stuff, move it to another city, and unload it at the new destination. Not only has almost every large piece of furniture we own been irreparably damaged due to careless handling, but as I continue to unpack boxes I find things carelessly tossed inside. I recently cut my hand on a piece of broken glass while unpacking a box, because the movers who packed our things just threw a framed art piece in a box without wrapping it, and of course it broke. We paid over $6,000 to move with Flatrate, thinking that we would get a higher end experience. I am livid and speechless.

We also recently discovered that our bed frame that was assembled with two legs missing. The screws had been lost by the moving crew, and rather than letting us know, they hid the legs that they could not attach, and assembled the bed piecemeal. We have been sleeping on a bed that is not secure. I have a small child who often shares this bed with me and I cannot believe that they would put us at risk like this.

Movers were friendly and completely incompetent.



**Jon N**
Manhattan, NY

⬛▢▢▢▢ 11/23/2017

The team which moved one of my tenants really sucked. They caused damage in hallways and to front door. Trying to get someone to discuss? Forget it. So now I have a clause in my rental riders. Anyone who chooses to use Flat Rate has to post a CASH bond of $2500 before using Flat Rate to move in or out. No more Flat Rate in my buildings.



**Edwin T**
Rego Park, NY

⬛▢▢▢▢ 10/5/2016  Updated review

Never ever use this company!! They are the worst!!! Broke so many things and took us forever to settle the claim.

**Paula S.**
**Manhattan, NY**
👫 307 friends
⭐ 5 reviews

 11/8/2017

I was quoted a rate of $1200 with a past customer credit of $100. I provided the salesperson I have been dealing with over the past few years  an itemized list of what was to be moved. When the foremen came to my door he insisted that I had much more than what I told them on the phone which was not true and he held me up for another $500 before he made the move and he insisted on Cash only!  I was in the dire straits because I had to move that day and I had no way of getting another mover so quickly so I hesitantly agreed to give him the additional $500 and he promised me he would have me out of the apartment that day. When I paid him he never gave me a receipt and as he was moving my things he asked me to start packing up my kitchen and my bathroom which was there job and towards the end he left everything in the kitchen and told me he was finished I said what about the kitchen?  He said oh you're taking that too? I said of course this is a move!I called Flat Rate because I use them last year and they were fabulous and I was very confident in their service so I called them again because I had a delicate bedroom set and other items to move and I wanted it to be taken care of properly.

 As he was wrapping everything up I told him to please be careful with the bedroom set as it was fragile, he assured me he was packing everything up very carefully. When they unpacked my things in the new apartment there will cracks and breaks everywhere throughout the bedroom set! Scratches all over the bedroom set, tape marks that couldn't be removed and permanently scuffed up the bedroom set. They put tape directly on the wood rather than wrapping it up in padded cloth before packing it.

 That night when I went to sleep on the platform bed I noticed that one of the legs was moving outward then the rails started moving outward. Towards the morning the entire bed collapsed with me on it! (See photos in Link photos.app.goo.gl/FdZzJB...). I hurt my legs as they got tangled up in the wood and the entire bed was flying all over my bedroom, pieces everywhere. I tripped over the rails and my legs got tangled up in the wood as I was falling. I bruised my legs terribly (See photos in Link goo.gl/photos/rmJBApsuV4...) and hurt my ankle and my knee I was in terrible pain and I thought it was broken.  I went to the doctor for an x-ray and he said that I damaged the muscles and ligaments around my ankle

and I must go for physical therapy twice a week for a month to gain strength and recuperate my ankle.
The next morning, I called and emailed the sales person at flat rate with no response that was a Friday Saturday, Sunday and Monday. I had to sleep on the floor and my entire bedroom was in pieces because he did not put it together with screws he just puzzled it all together and left it standing there using no screws no hardware. I was livid because not only did they destroy my entire bedroom set but I injured myself and I was held up for more money.

Finally, I received a call back from flat rate on Monday and they told me that I can only submit a claim and they would refund me $150 back. The claim if approved only would compensate me for a very small percentage of the value of my furniture and would never make up for the damage. They did send Carpenter's out on Monday who were in shock when they saw the damage of my furniture in my apartment and the condition the movers left me and my bed. They saw the injuries on my legs and they were furious and said that I should not pay a penny for this move because it's completely unprofessional. They saw firsthand the way he left my bedroom set not using one screw because apparently, he lost them all and didn't know where they were and had no knowledge of how to put my bed together. They told me I should sue FlatRate because of my injuries and shouldn't pay a cent.
I told FlatRate I don't want to pay for this service and I want to be reimbursed, they ignored me and just said that they were "Sorry" they only gave me a credit back of $150! I could barely walk the last month. I'm in agony and I must take off from work twice a week to go for physical therapy. I included pictures and the doctor's prescription for physical therapy and the emails corresponding to the incident following the delivery. I am Furious! There are no words or excuse for this Disaster and I refuse to pay for this nightmare. I want compensation because I must buy a whole new $3,500-bedroom set.

There are many reputable movers who wanted my business and I went with Flat Rate thinking they were professionals but apparently not.

**G C.**
Manhattan, New York, NY
♥♥ 0 friends
⭐ 2 reviews

 7/2/2018

We scheduled a one bedroom move and estimator came onsite and quoted a price for packing service and move. He estimated a five hour move. The day of move the team arrived one hour late and short two men. They eventually took 13 hours to move our one bedroom apartment and did not even take all the furniture on the manifest. They didn't wrap the mattress and the truck was leaking so it arrived wet. They had a new young kid on the job who dropped an expensive price of furniture and cracked it. The foreman just laughed! It took an additional 3 days to get the remaining furniture. We had to keep calling for hours until we spoke with someone who told us people didn't show up for work. Finally they gave us a price adjustment but after numerous calls and pleading. Customer service was terrible and their own employees talked badly about the company. The estimator David Lloyd did a poor job estimating and we were told my multiple employees that he was notorious for that.

**Marjorie B.**
Narberth, PA
♥♥ 0 friends
⭐ 2 reviews

 12/5/2016

Do NOT use this company. They smashed my furniture and the foreman on the move asked me to hurriedly sign something, but "there would be no problem bc I'd get all of my money back".
Apparently I needed additional coverage. My salesman, after the fact, admitted that he didn't offer me the additional coverage by mistake, but w/o it we were left with no recourse.
I've called at least 5-6 times asking for a claims supervisor, and I'm told that a supervisor will call me back. They haven't ever called me back once in 5 months of trying to contact them.
When I contacted my lawyer, he told me he had the a horrible experience with Flat Rate Moving as well.
They are very disreputable and dishonest .
I'm only giving it a star bc if I leave them all blank doesn't post.

**Dustin D.**
New York, NY
0 friends
26 reviews

 10/1/2016

Broke $2,500 worth of furniture and wouldn't pay for it.

The move started off great: the guys showed up on time, were very nice, very efficient, etc. But then when they unloaded, they mentioned that they broke a chair, and it was "the really nice one". To their credit (and I still don't fault the movers themselves - things happen), they were very forthcoming and quite upset. I tipped them well because I figured a company with such positive reviews would simply do the right thing. And then we found another broken item.

After some back-and-forth when I submitted the claim with pictures (and my having to follow up multiple times for a response over the course of three weeks), they said their policy would only allow them to pay me $135. Ridiculous.

Apparently you have to buy additional insurance for them NOT to damage your belongings and hold themselves accountable. Silly me. And I was not properly informed ahead of time, which is why I'll be filing a BBB complaint.

Save your time and money - go elsewhere.



**Lauren E.**
**Manhasset, NY**
27 friends
3 reviews

 6/16/2017

Do not use this company!!! I wold give them 0 stars if I could. The movers damaged my walls when trying to move the bed into the bedroom. One of the movers wanted to do the job quickly and didn't want to take the time to do it properly. He shoved the bed through the door causing damage to the walls and doorframe. In addition, several pieces of furniture were damaged and they scraped my brand new wood floors in the living room. It is not a little nick, but deep gouges in the wood that are very noticeable. The amount of money they gave me in damages was almost nonexistent. I had to keep on calling and leaving messages for a woman named yasha. They didn't reimburse me at all for the wood floors. After many months of calling yasha and leaving her messages, I finally spoke to her and said they were very unfair in their reimbursement amount and gave me nothing for the wood floors which were very expensive. She wound up giving me a little more money. I was still dissatisfied, but the woman who answered the phone was a "gatekeeper" and yasha was never available and never called me back. She was done with the matter. Very unprofessional and they hope customers will get fed up trying to get satisfaction monetary compensation and will give up. I am considering taking them to small business court. I don't want anyone else to be treated so unfairly and let flatrate think they can get away with it. BEWARE!!!

**Daniel G.**
Boise, ID
269 friends
52 reviews

 10/14/2013

Well, here we go. Sorry to be the bad guy.

I'm currently filling out claims forms with Flat Rate Moving and its looking to be adding up to $2000 in damage after a long distance move from Providence, RI to Los Angeles, CA. This was for a cross country, one bedroom move, with FRM providing one month of free storage. I realize that these huge moves come with their risks, but the damage that we experience was clearly a product of negligence and irresponsibility.

Upon arrival in Los Angeles, multiple boxes had clearly seen some EXTENSIVE water damage. Boxes were crushed, deformed, and ripped due to the soaking they received somewhere along the way. The boxes contents (books, household items, and clothes) were not only musty and damp, but had extensive mold damage throughout. Blue, black, green, grey 0 you name the color mold and it was present.

Whoever handled these boxes could easily seen their state and made a report, or took note. Some boxes had been clearly opened, checked on, and re-wrapped with shrink wrap.

I held a grey hoodie up the sun - and it almost had a tie-dyed appearance from the difference colors of molds.

I am NOT happy with the move. While I'm half way through their claims process, I can easily say that I wont be using Flat Rate again and now understand why their price seemed so competitive to other movers (Oz Moving, PODS, Door To Door, Allied).

Very disappointed to lose items that meant a lot to us. Please consider different companies if going cross country or when using their storage.

UPDATE: 10/31/13 - Flat Rate has contacted me twice since my claims was put in. I have contacted them 7 times, with TWO of those being a voicemail or email, both extremely vague and uninformative. If you are trying to get a hold of Marilyn in claims, get ready for the phone to ring off the hook. Supposedly my settlement has been completed, but they wont tell me the amount, how I can expect it, or how I follow up after I receive it. This is insane, and this company should have a C rating with the BBB.

**Sylvia C.**
Montclair, NJ
0 friends
2 reviews

 9/25/2017

DO NOT USE FLATRATE FOR STORAGE. When I received my belongings: 1) My area rug was rat/mice urinated and chewed upon, 2) As I used them for moving to the storage unit, they demanded that all dresser drawers be emptied into boxes. I also had 5 wardrobes of clothing. All of the clothing and my mattress were musty as if stored in a damp basement. More horrifying, all clothing items were infested with dead and alive moths and their larvae. I had to dispose of 4 wardrobes and 2 boxes of clothing as they were beyond saving. I have had immense expense in the washing and dry cleaning of the items that were salvageable. Read the storage contract carefully: It states that they have "no liability for damage to goods by inherent vice, moths, vermin or other insects, rust, fire, water, changes of temperature, fumigation or deterioration." 3) The movers stole $200 of costume jewelry that were in the drawers.

My initial charge for my storage for 29 months was $224/mo. Then they doubled their fees to $422/mo for another 29 months. For 5 months, fees were raised to $462/mo. So, after 5 years in storage, I paid $21,044 for storage. The flat rate does not apply to storage. After paying that much in storage, it is unconscionable that my belongs were returned to me in the condition they were.

Of course I submitted a claim. They settled on $360 (which I haven't received yet), 60 cents per pound. This amount does not even replace the carpet.

Their moving teams are very disgruntled with their employers and their work ethic was affected by this.

**Mary W.**
Isle Of Palms,
Charleston, SC
♥♥ 0 friends
★ 10 reviews

 9/9/2017

I would give zero stars if that were an option. The only
positive I have to say about this company is they did
respond initially in a timely manner and at the beginning
David, my moving coordinator, was very responsive. We
were moving from NYC to NC. The day of the move was
ok. The movers were on time and packed our goods
quickly. And this is where it all fell apart. I never heard
from our moving coordinator again. We were told our
window for the delivery and I called multiple times to
narrow down the date as it was over a holiday and my
husbands 50th birthday. They actually delivered outside
of our contractual window (delivery was a day late past
the promised date) and all they offered for a
compensation was $60 towards an air mattress. We
repeatedly asked to speak to a supervisor - were told one
time that one would call us within the hour which never
happened. We had multiple items broken and have not
received (2 months later and multiple phone calls later) a
clear method of claiming the broken items. I will never
recommend this company and would NEVER use them
again. And we are a former military family so I know
exactly how a move should take place!

**Chyllo S.**
San Francisco, CA
♥♥ 6 friends
★ 7 reviews

 8/16/2013

Just wanted to quickly point out that they were
astronomically expensive for a move from NYC to SF.
The movers themselves were actually very friendly, fast,
and easy to work with. That part was all fine....

After my items arrived in SF, it took me a few days of
intense frustration and looking through everything I
packed, but I discovered that somewhere along the way,
someone working for them STOLE a laptop I had in one
of my boxes.

No amount of money can compensate for this, as it had
years of personal information, pictures, music,
documents, and artwork that can now never be retrieved.
Be VERY careful what you put in those boxes and
expect that there are thieves working for this company.

**Carbon M.**
New York, NY
👥 1 friend
⭐ 38 reviews
📷 8 photos

 11/7/2014

These guys are not professionals. Broke multiple pieces of furniture during the move. To be fair, they did pay for one piece (a mere $90) and repaired another. Contacting them through the claims process was a chore. They don't call back when promised, and the owner only contacted us after seeing these reviews online. While this issue is settled, people should know that:

1 - CHECK EVERYTHING AFTER YOUR MOVE. One of the movers taped portions of a lamp because the fixture was loose and to "protect it." After fully removing the tape today to replace the light bulb, we found that the top portion was completely cracked. I'm pretty sure they taped over this to cover it up and said nothing.
2 - You have to keep hounding this company to do their job - DO NOT assume things will simply fall in place. We blocked off a Saturday to await delivery of a repaired vanity table. For reasons unexplained, FlatRate felt the need to drop off only the drawers in the lobby of our building without the table itself. No call, no explanation - only a wasted Saturday afternoon. Only after screaming at them did they deliver the table itself three days later.

This is the kind of service we received from FlatRate. The experience was nothing but terrible (repeatedly through the entire protracted process) and wasted significant amounts of our time.



Lopa V.
Boulder, CO
24 friends
36 reviews
3 photos



THIS IS A REVIEW FOR FLATRATE'S ELITE SERVICE.

I am just going to post the letter I am sending to FlatRate's Executive staff because it says it all and it is faster and easier and more efficient (I mean... These people that write reviews all day... (real respect) you help my life out... but I just don't want to spend that kind of time!)

Dear FlatRate,

I'm writing to express my discontent with FlatRate's services, particularly the Elite Services, on our move from NYC to Boulder in March. I was initially very hopeful about the Elite Service. However, on account of the following, I will not be recommending FlatRate--it's Elite or Regular service--nor using you in the future. I'm writing this in hopes that it can support FlatRate in offering what I feel is a very needed service in a better manner.

The following issues arose in our move:

* Our sales guy scheduled us for packing on a Sunday, only to notify me a few weeks later (and two weeks before the move) that it would have to be Monday.
* I expected that when he changed the packing date by one day, the delivery day would also be moved by one day. Rather, it was moved a whole week later. Our sales contact did not communicate this to us clearly--it was only explained in the fine print of the contract. It was easy for me to assume it would be a 1-day delay, not a whole week; and so when our sales contact explained "the delivery date was also shifted", I did not re-read the contract because why would I assume that it would be a whole week later?
* Even after that, the estimated delivery date shifted constantly, and our sales contact was unable to tell me when our things would arrive. I understand that this is the nature of cross-country moves. However, we received a bid from another company (who would have charged $1000 less INCLUDING unpacking & organizing services in our new home) that provided a firm delivery date. Even though Flatrate was unable to provide Elite Service (unpacking & organizing) in our new home, I chose your services **specifically and only** because FlatRate committed to delivering by April 1st. Obviously that didn't end up happening because of the week-long delay.

* When our things did arrive, we were disappointed at the amount of damage--especially with the $30,000 family heirloom piece that we had crated.
* In addition, there were about half a dozen of our own boxes that were not included on our inventory list-- indicating disorganization and lack of attention to detail in how our items were categorized and inventoried.
* An integral part of a $25,000 piece of antique furniture was missing, and I spent several hours on the phone trying to locate it.  The driver found it hidden in the back of his truck the next day and drove from Denver to deliver it to us. To his credit, he refused the $100 tip I offered him for returning it. However, again it revealed a level of disorganization and lack of care for valuable pieces.
* Lastly, when I called your customer service to try to find the missing items (which were also part of an antique piece that is completely irreplaceable), your customer service took 2 days to call me back.
* A claim form was submitted at the end of May and no response has been received whatsoever.

All in all, I was dismayed at the level of poor service offered for a service charging significantly higher than market rates, labeling itself as "Elite". I found it entirely unacceptable. I think offering firm delivery dates, and significantly enhanced organization and attention to detail, will help Flatrate provide a service that meets expectations.

**Mike A.**
Glen Ridge, NJ
 1 friend
9 reviews
4 photos

 7/8/2016

I honestly don't recommend this place it seems like all they do is scams. And they are also very cheap when it comes to helping you with The boxes they charge you for everything possible when I used their Service. Most of my things come back damaged or missing so I got rob both ways and yet. I have never got my things back or replace. This is not a place you want to use



Christy M.
Manhattan, NY
0 friends
1 reviews
1 photo

 6/13/2012

I'd used FlatRate for two moves in the past and had a very positive experience but when I recently had both a local and long haul move to schedule, each was really disappointing. The overall service seems to have greatly diminished and—and basics of FLAT RATE and careful moving were out the window.

I was told less than 24 hours before my long haul move arrived that there would be an additional $250 fee for a shuttle truck. Had I been in a rush for the move, I could have understood this, but as I specifically arranged the move based on budget and not timing, this was an unacceptable maneuver by FlatRate. After speaking with three representatives this cost was waived. However 8 of the 9 items I moved were broken or seriously damaged upon arrival. Most significantly, my sofa which was in perfect condition upon pick-up arrived with three very visible tears and had not even been wrapped in blankets. I filed a claim and received a minimal sum based on the weight of the item. I understand this is the process, but if you are currently looking for a mover and want to compare reviews, perhaps consider that FlatRate seems to be slipping.



Robin H.
Pompano Beach, FL
67 friends
19 reviews
1 photo

 4/21/2017

Just over 3 years ago, I moved from NY to FL. I used Fla Rate to go down and then they put it in then storage for a few months, and finally moved it to my rental apartment. I recently moved again, and could really see the contrast between them and my new movers. Hence I am finally writing this review. I did insure a few things and told the guys from Flat rate when they packed me up that the most important thing I owned was my grandparents dresser, with a mirror attached and a bevelled piece of marble on top - it all came apart in 3 pieces. When I got to my new apartment the marble was packed in a box with 3 other items, and of course it was broken. And I was heartbroken. They ended up having me submit a claim and there was a huge deductible and they ended up giving me $200. For a piece that had been worth almost $2000 and will never be the same. I couldn't even replace the marble for that much. In fairness, everything else was in good shape. All except for the one piece that was irreplaceable.

**Kenneth T.**
New York, NY
 197 friends
667 reviews
53 photos

 8/23/2013

I used flat rate moving a few years ago to move some belongings from downtown Manhattan to Jersey City. The cost of the move was high but considering I didn't want the move to go over an allotted amount of time, I chose to use them anyway.

The time it took them to load up the truck was fast but to drive from Manhattan to Jersey City took them over 3 hours! The next thing is they got a parking ticket and the movers forced me to pay for the parking ticket and added it to their bill when they charged my credit card.

I was very unhappy with the cost and the additional fee for the parking ticket which is their fault, not mine. I didn't call to complain about the parking ticket but I did call to complain that some of my items were damaged/missing.

Some of my expensive dishes and glasses were damaged, a box of clothing was missing, and my flat screen tv was broken. They asked to take pictures of everything. They said that since the TV didn't look damaged, they weren't going to do anything but they would contact me about the glasses and dishes but no one ever called to follow up.

**David U.**
**New York, NY**
0 friends
7 reviews
1 photo

 5/12/2016

Avoid at all costs -- items stolen and damaged (NYC to LA move).

Items stolen:
PlayStation 4 + controllers + games
Laptop + charger

Items damaged:
Baby grand piano
Floor-standing speaker
Miscellaneous other items (dishes, iron, etc)

I watched a PlayStation 4 and a laptop get sealed in boxes marked "electronics" in NYC, and when opening those boxes on delivery (which had signs of being re-opened and taped again), the laptop + charger and PS4 (with games and controllers) were gone.  If it wasn't obvious enough, a different kind of tape was placed over the original.

They also damaged the lid on a grand piano (the whole unit needs to be replaced), chipped a floor-standing speaker and damaged various other items.

It was a $5900 move with $7000+ losses and damages. Absolutely pathetic.

**Joe S.**
**Atlanta, GA**
39 friends
7 reviews

 12/24/2012

They were 5 star back when they were new. Used them for many moves without a hitch. Last 3 years, they've destroyed my furniture, PIANO, mirrors. Always lose furniture hardware so yo can't put anything back together.

Essentially this company got too big and employees inexperienced and untrained kids.

Sad to see the quality suffer. This time I need to find another company like what Flatrate used to be like.

**Laura E.**
New York, NY
7 friends
7 reviews
1 photo

 5/1/2016

Extremely disappointing. Please DO NOT use their services. You'll notice how quick they are on getting back to you once you are in the process of finding a moving company but after that you'll need to be on top pf them to get your updated moving list. Additonally, one of the moving guys steal one of my boyfriend's watched, apart from other furniture that they broke during the moving. After that, the money they reimbursed me was only $90 and did not even investigate further about the steal even though I gave names of the guy who did it... It is been one month since the moving and I still did not receive the check. I also asked for a manager to call me to discuss further about all the incidents we got, I am also still waiting to talk to someone. Very Disappointing and waist of money and time!

**Hannah U.**
New York, NY
172 friends
4 reviews

4/16/2017

Never use FlatRate Moving. I tipped each mover a very generous amount only to find out later that they had stolen many of my things. Some of the things they took were my garbage can (wtf), a decorative antler, and a vintage vogue photo that was very expensive. FlatRate thought that $200 was a reasonable compensation, when it didn't cover anything at all. I am very disappointed.

**Dara M.**
Boulder, CO
2 friends
16 reviews

10/25/2015

Flat Rate moved us in August. A couple of pieces of furniture arrived broken. It's now October and we've called and called but  never speak to a human--we leave messages that are not returned. The move was OK but Flat Rate pretty much won't deal with you unless they're trying to sell you something.

**Andre G.**
Brooklyn, NY
👥 69 friends
⭐ 26 reviews
📷 1 photo

 10/26/2012

They lost a bunch of my stuff  Disassembled my bed and lost the screws to it.. Bent my lamps.. .. They charged me alot of money to move to ohio plus on top of that im missing a bunch of stuff im sure they lost.. My boxes had holes in it when they were supposed to last for a tleast 4 or five more moves..There customer service was horrible.. We wrote emails to them and they never responded for almost a week and this was before our stuff was picked up.. Mugs and glasses smashed.. Plates chipped.... Flat rate is by far the WORST MOVERS EVER!!!! Overlook them and find other movers if you want to keep belongings!!!

Yah!! Now i have to buy a new bed since they lost my screws and they were special screws i can never get again im out of a bed!! Thanks FuckedRate Moving!!!! Thanks again...

**Ingrid R.**
**Los Angeles, CA**
👬 **136** friends
⭐ **30** reviews
📷 **279** photos

 9/11/2014

Don't even think of using them! AFTER ALMOST A
YEAR, THEY STILL HAVE NOT PAID OUR CLAIM FOR
ALL THE EXPENSIVE PIECES THEY BROKE. We paid
extra for insurance, since it was a long haul to CA, they
charged me an extra $700 for what they call "insurance".
All they pieces they broke had been CRATED, which
costs more, however, they still managed to brake the
pieces of very expensive furniture.

I hired them last year, '13, in October for a move in
November from NJ to California. Once they arrived to
deliver the furniture and they uncrated the big furtunire,
we discovered several expensive pieces were broken
(beyond repair). They guy in charged made note of the
broken pieces, we took pictures, he said that the main
office was going to be in touch with us, which never
happened.I contacted them, it took weeks before anyone
contacted me back, and said that they would be sending
the claim forms, which they never did, so I followed up
again. Once they sent the claim forms, I fiilled them up
with every single piece they had broken or damaged, 3
pages worth of them with pictures included. Sent them to
them, but did not hear back for weeks, followed up again,
then the responded saying they were looking at the claim
and would get back to me, (by the way, every time they
responded, it's from claims@flatrate.com, without a
name, contact info handling this, or any one taking
responsibilitiy of it). Finally after weeks they responded,
this time with a brief email asking for estimates for
"repairs" for 5 items, (of the 3 page long damaged
pieces, they were asking for the items they choose to
repair).

After discussing it with my husband, we decided to take a
loss on the smaller items and just concentrate on 4 major
pieces. A limestone lion head base (entry hallway) that
has a glass on top of it as a console, (this was broken in
half completely. Our 2 marble tops, 1 a coffee table and a
beatiful console top I bought at Kreiss Collection on
Melrose Blvd. in L.A., kreiss.com, (were beyond repair,
but decided not to include them, and have them a loss.
But we did include a couple of wooden bookcases they
complete broke from the base again. Anyhow, I looked
for vendors to replace the pieces, even though they had
asked for "estimates for repair". I sent the replacement
pieces costs and vendor names to them, weeks later
they told me that we needed to have them "REPAIRED"
NOT "REPLACED". And that in order for them to

determined to have them replaced, first we had to find
someone to reparied them. I tried for weeks to find
someone to come and give us an estimate to repair, and
no would take the job. I finally asked Flatrate to help
someone to have the pieces repaired as I was not
successful. They replied weeks later and said someone
would be in touch with us......I AM STILL WAITING!!!!

The pieces they broke are in the thousands, we still have
no resolution to this, I've been following up, with threats,
lawyer, social media, and they still have not
responded!!!!!

DO NOT USE THEM, you will be dissappointed and
more frustrated than you can even imagine, plus you will
loose precious pieces that cannot be replaced, needless
to say your very valuable time and be out thousands of
dollars.

**Tru Dat Girl S.**
FL, FL
👥 9 friends
📷 161 reviews
📷 40 photos

⭐⭐⭐⭐⭐ 7/28/2016

the worst. they owed me money from damaged goods
and the accountant said the check was sent. so i waited -
still no check - called - waited - called - waited. this
christine is a total witch and a liar.

**Sheridan B.**
Cambridge, MA
👥 67 friends
📷 3 reviews

 ⭐⭐⭐⭐⭐ 9/9/2014 · 🔄 **Updated review**

To follow up on an earlier review of just how difficult
these guys were to deal with, and just how scammed I
felt in dealing with them... After a FlatRate move out of
my apartment and into their storage unit, followed by four
months of storage, I finally get my stuff out of their hands
to find that (1) all my clothes in the wardrobe boxes they
provided are covered with dirt, complete with quarter-
sized chunks of asphalt sprinkled throughout - WTF?! (2)
half my dishes are broken, and (3) a side table that they
had disassembled and packed up is missing - just gone,
no more side table for me. And now I cannot get a hold of
anyone at their office to inquire about the damages or
missing items, despite several messages left. I cannot
reiterate enough just how disappointing their service was.
DO NOT USE FLATRATE MOVING. Terrible people. Just
terrible.

 8/14/2014 · **Previous review**

"Flat Rate" or "Complete Scam"?? DO NOT use these guys for a two-part move or for storage, because they will screw you over. And I highly recommend staying away from the sales associate named Bernard. He likes to scam.

I booked these guys for a two-part move and storage - a move into storage, storage for four months, and the move out of storage. At the time of booking, they gave me a ballpark for the second move, but couldn't guarantee it because I didn't have an exact address. Makes sense - though I did give them an exact date and an exact zip code. When I did get the exact address, I call back and they tell me that the "flat rate" is ELEVEN HUNDRED DOLLARS MORE than the ballpark they quoted me at the time of booking. Total scam, right?

So I decide to find alternative movers to do my second move. I do the legwork and find some more honest guys. Great.  Now I'm in the process of trying to book the move out of storage - because, yes, you need to MAKE AN APPOINTMENT to move your stuff out of their facility and PAY THEM for the time it takes to do so. (Are you kidding me??) - Today they tell me that I can't have the movers pick up my stuff on my chosen day because their storage facility is closed for the last week of every month. (Now you've really got to be kidding me.) So, basically, they are holding my stuff hostage right now. And charging me for it.

Worst. Service. Ever.

Although, yes - shout out to the actual movers that picked up my stuff for the first move. They were lovely.

**Luke H.**
Brooklyn, NY
👥 0 friends
⭐ 34 reviews
📷 1 photo

 4/23/2016

If zero stars were possible I would give zero stars. They did over $1900 worth of damage to my furniture and were defensive and argumentative and questioned whether the lamps they destroyed were working before I asked them to move them. Do not use this moving company.