INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 1 of 60

**Kath K.**
**Manhattan, NY**
0 friends
7 reviews

 5/11/2015

FlatRate was recommended for a move of 7 blocks in Manhattan. They were to pack on day one and move on day two. First day 4 packers arrived, packed for 3 hours and then left with not much done, which made the move day very hectic as so much still had to be packed. Upon arriving they announced that I should tip them well; I had already planned to do this.

They left two furniture items in the old apartment and when I called the office to advise them, I was told that they would have to research why the movers did not take them. I never heard back and I had to arrange for a separate pick up because the new tenants were moving in.

When I unpacked I had so much damage I was stunned. An antique chair was completely demolished, breakables were put in boxes along with metal objects and very little packing paper (i sheet of paper around a Japanese vase) and all of the former broke, including antique pottery from Peru. They put a metal frame next to an oil painting and the metal edge took off the paint in several spots, a large armoire was destroyed inside with selves detached, chips all over, a screen was missing the pins to hold it together, the computer was damaged, and I could go on an on. The claim covered only 60 cents per pound of damaged items, which did not even cover the chair repair.

While the packers were friendly, two were not experienced at all and just threw things into boxes. The rate seemed reasonable at first but I would have preferred to have paid more to get movers that were more careful. and made the move less stressful.

**J K.**
**Thomaston, ME**

 0 friends

3 reviews

1 photo

 7/25/2015 ·  Updated review

They damaged everything I owned. My armoire was being held together with packing tape and when one of the movers tried to pull off the tape, a piece of the top molding fell off and hit my hand. My hand was seriously hurt and I could barely move it for a week. For all the damages they sent me 200. They pay you based on what they think your stuff weighs???? not sure how that even makes sense. They were highly recommended or I would have bought a ton of insurance. The sales person never returned my calls or email

I spent over 3k with them and I even paid them to store my stuff.

Don't use them.

 Useful   Funny   Cool

 4/29/2014 · Previous review

They damaged everything and I mean EVERYTHING they moved and sent me a check for 200 bucks. Forgot to mention they pay for damages based on what they think it weighs. Seriously, don't every use them. Unless you have a good lawyer, not worth pursuing.

**Lucia M.**
**New York, NY**
 2 friends
11 reviews

 5/12/2015

The worst experience that won't end. Flat Rate is completely incompetent and don't care about any customers except to get their money. If you have Ikea or furniture you don't care about-they are perfect. They are not cheap either and their customer service is non existent.

The Short: The movers were like animals-rolling my furniture like a wheel, padding inadequately or even at all, scratched a gouge in my hardwood floor in my apt and lied about it, tore my couch, used my pristine couch cushions to pad the tv, broke my tv and many other damages. They sent All Furniture Services to repair the damages-with half assed materials, and low costs that are not correct. The repairman said he was going to fix Flat Rates damages to aluminum non-painted handlebars with paint! How is that right? Or fill a huge piece of missing walnut on a drawer with filler?! Now their lawyer has threatened me to try and wear me down. DO yourself a huge favor and move with someone else. They don't follow through, you can't seem to get anyone to take any action or at minimum empathize. On top of it all, they missed a whole sheet of my claims. I think it's because they try and settle without contacting their insurance company, and have a max pay out-which low balls outrageously all of my high end designer furniture. Which is so unjust and unfair because I had ample coverage through them. Now I am waiting again-it's already been 4 months and now no one responds. I may have to go to court, which sucks, but I will if needed.

The long: Based on a friend's recommendation, I trusted Flat Rate to move my high-end designer furniture from New York City on 8/20/14 into storage for 6 months, and then from storage to Los Angeles on 2/7/15. This friend described a "premium service" move that included a master electrician, expert crating of her designer furniture and careful packing. I received only the most incompetent movers for my "premium service" move with Flat Rate resulting in damage to nearly all of my most prized possessions.

I spent close to $9,000 for this "premium service", trusting that my money would buy expertise and the movers would pack, move, store and take care of my items in a way that reflected the cost. The 3 movers your company sent to pack my apartment handled my expensive designer furniture like amateurs and in the process badly damaged my impeccably refinished floors, which I had to repair days before I closed on the sale of

my apartment.
If that wasn't bad enough, now I find that their lack of
care and attention has resulted in extensive damage to
almost all of my furniture. I am incensed that I have to
spend time and money dealing with yet another claim
and replacing broken items during a time that is already
very stressful with upheaval and change.
The movers came on August 20th to my home on the
upper West side of Manhattan. All of my furniture was
pristine and in mint condition, delivered with white glove
service to my gut renovated apartment, where it
remained until my move.
The main mover sounded confident and knowledgeable,
saying that he would take care to pack my items, but the
service I received was incompetent beyond belief. My
floors were not protected. My grandmother's antique
credenza was rolled like a wheel on top, side and bottom
to make it onto the dolly. Items were packed with dirty
newspaper or an insufficient amount of dirty and tattered
blankets. Many delicate items, including electronics,
designer lamps, designer chairs and artwork were thrown
loosely in boxes without any protection whatsoever.
There was only one man dismantling and poorly packing
my designer captain's bed (which resulted in the
damages to my floor and the prior claim). I expressed my
concern many times throughout the move, but they
continued like gorillas with all of my possessions.
I expected a level of service which was professional,
expertly orchestrated and would protect my expensive
belongings during the move. I am shocked and
heartbroken by my experience.
My second rep Nick was utterly unreachable while I was
scheduling the move out of storage.
It had already taken me precious days to repair my
floors, catalogue the damage to my furniture and replace
essential items upon my move.
Now during the claims process I have come to
understand that a insurance repair company believes
they can "repair" some of my designer furniture. Based
on my experience I have a complete lack of confidence
that this can be done in any type of professional manner.
Additionally, some of these pieces are collectable
expensive items from Design Within Reach that if
"repaired" will diminish if or negate the value entirely.
I hope to shine a light on Flat Rate's incompetence and
prevent this from EVER happening to anyone again.

Nadia S.
Brooklyn, NY
0 friends
11 reviews

 4/24/2016

I used flat rate movers for a long distance move from Brooklyn. My items were kept in storage for two weeks. After they delivered my items and I unpacked everything I discovered several expensive designer items were missing. I trusted that my possessions would be safe in their care, and instead someone went through my belongings and stole from me.

Jon A.
New York, NY
0 friends
11 reviews

6/7/2015

STAY AWAY FROM FLATRATE. Cross-country move NYC - SF. Flatrate truck flips over enroute and damages nearly everything I own, causing $30K+ in damages and months of work to rebuild my life. Some stuff never arrived, including valuables and sentimental items. No explanation. Full value coverage was purchased but Flatrate refused to honor it, making insulting settlement offers starting at $0.60/lb. I am an experienced attorney and I know the law. They breached our contract and violated federal maritime laws (Carmack amendment read up before you move). Law suit to follow, along with heavy online venting. BUYER BEWARE.


Mike M.
Manhattan, NY
21 friends
5 reviews

8/25/2015

They broke a $1500 glass table and gave me $75 restitution for the claim. Really?

**Kathryn D.**
Palo Alto, CA
👥 **197** friends
⭐ **2** reviews

 7/16/2014

DO NOT USE FLAT RATE MOVING FOR A CROSS-COUNTRY MOVE!

I engaged Flat-rate moving for a move from New York's West Village to Pacific Heights in San Francisco.

Everything in the up-front process was seamless - the salesperson, the teams arrival and packing job in New York - giving me great confidence in the move. Everything that happened afterwards was no short of disaster.

The delivery window was mis-recorded and I was called one week before I has moved into my apartment, so my belongings had to go into temporary storage.

My two most valuable items - a valuable oil painting and my sofa - both arrived damaged.

The oil painting arrived with a massive hole in the canvas and had not been handled as guaranteed. The salesperson and moving team in New York guaranteed the valuable oil painting would be transported via a crate, which would have avoided this type of damage. The crate was not used as promised.

The claims team did not understand the difference between a breach in services promised and insurance. I am now out-of-pocket nearly $1,000 in repairs from my move, and haven't even explored getting the sofa damage repaired.

Terrible, horrible customer service. This was a very disappointing customer experience. Save your self the pain, worry and money and find another moving service.

**Nina B.**
Philadelphia, PA
👥 **0** friends
⭐ **4** reviews

 9/28/2016

Absolutely terrible! They sound great when you talk to the salespeople but once you're on the other end of it, saddled with shattered plates, damaged furniture, and unwrap your now-damaged belongings and valuables, there's all of a sudden no one to talk to or provide any assistance. Avoid at all costs or you'll be truly sorry!

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

**Sarah J.**
Manhattan, NY
 0 friends
3 reviews

 9/17/2016

They broke many things. They promised one rate but charged a higher one. I had to argue with them for months over a rebate owed to us and never received. They avoided phone calls and never called me back. Terrible experience.

**James D.**
Brooklyn, NY
0 friends
5 reviews

 4/7/2015

Bunch of cowboys.

There guys moved us, totally damaged a brand new mattress and even though we paid for the additional insurance policy, they refuse to pay out for the damage.

Their customer service team leave a lot to be desired. Charmless and unhelpful would be a huge understatement.

Would not recommend.

TIP: If you do end up using this company, DO NOT waste your money on paying them for additional coverage. It's a scam.

**Anna F.**
New York, NY
1 friend
28 reviews

8/17/2012

THE WORST!
Had a bunch of our stuff stolen.
They even threw out my plant.
It was not a "flat rate."
The movers complained the whole time about moving stuff (so odd cause isn't that their job????)
They broke a chair and lamp.
Horrible customer service.
I really wish I could give zero stars.

**Anna B.**
Los Angeles, CA
 0 friends
 1 review

⭐⭐⭐⭐⭐ 7/31/2016

WORST moving company!!! I have used them for 3
moves thinking it would be better and finally learned my
lesson. In my recent move from New York to LA nearly
EVERY box came back with holes in it. ZERO CARE.
Boxes marked fragile are filed with smashed vases,
broken mugs, etc. Sentimental gifts destroyed due to
their careless handling of my belongings. Customer
service is almost never helpful at any point in the
process. The one nice thing I have to say is that the
actual movers in NY were kind and careful but that's
where the good service ended. As I unpack I'm so sad to
see how many of my things are ruined but don't have the
energy to deal with their customer service team as any
kind of refund is unlikely, knowing them. Do yourself a
favor and only send belongings you don't care about or
durable furniture if you choose to use them.

**Oojwala R.**
Chicago, IL
 0 friends
 1 review

⭐⭐⭐⭐⭐ 6/12/2014

FlatRate Moving was the worst moving company I have
ever worked with. My husband and I moved from NYC to
Chicago earlier this year and had heard great things
about the company.

Certain items (glass) were not packed correctly, and
broke during the move. Most of our items were
destroyed due to extensive water damage and
mishandling. Our bed, sofa, clothes and very expensive
entertainment cabinet had to be replaced due to
damages. We were only reimbursed a small amount
based on weight, not on price. I would not recommend
FlatRate to anyone, especially with such high prices and
such poor service.

INDEX NO. 654823/2019

RECEIVED NYSCEF: 01/21/2020

**Yukako Y.**
New York, NY
 0 friends
1 review

 11/27/2012

OMG. The word fragile, glass, this side up means NOTHING to these guys. They also scratched my most precious furniture. Broke my hudsband's passed mother's lamp shade, even after I asked them to be very gentle with it.
They also take furnitures apart and don't put them together right. I usually dont do reviews, but, this was really bad experience i just have to share. I used them before and I liked them then. NEVER again!!

**Stephanie K.**
Manhattan, NY
41 friends
5 reviews

 8/6/2014

This company is the worst- damages all your furniture and then does not address the claims. My move was in the beginning of June I am still waiting for them to address the numerous damages and broken furniture. Absolutely awful and the people on the phone need MAJOR customer service training

**Daniel Y.**
New York, NY
 0 friends
 2 reviews

11/3/2015

They were supposed to have two movers move my furniture (price was over $1,000). Only one mover actually worked and dragged my items across the floor. In doing that he broke my glass table in my apt (glass chard later cut bottom of my foot open). He also wouldn't move my couch because it was too big for one person and suggested I throw it away. So I had to move it myself. To rectify the situation and the very expensive glass table they broke they offered to give me $150. Note that the moving cost was $1,200 and they broke a very expensive table. They are unresponsive to my emails / complaints. I understand their policy on breaking items but when you commit pure negligence by using only one person to move an entire apt you are asking for items to break. I highly recommend going elsewhere

**Michael S.**
Manhattan, NY
⁑ 0 friends
★ 1 review

★★★★★ 3/30/2016

Damaged and ruined a few pieces of my furniture. Before starting showed a form that 20% tip was required. I don't recommend them.

**sabrina y.**
Burlingame, CA
⁑ 0 friends
★ 48 reviews

★★★★★ 9/15/2014

DO NOT USE FLATRATE EVER!!!!!!!
When they move my furniture in early March 2014,they broke a big glass table top, a marble coffee table top....
The mover took a picture, wrote down the damages and said they ll report to the company since we bought INSURANCE!!!
It's been 6 months and we haven't receive a single dime!!!!
When we call the office in NYC, they always say it's INVESTIGATING!!!!!
Never will I use FLATRATE AGAIN!!!!!!
They want to drag their feet until we give up.

**Amanda W.**
Brooklyn, NY
👫 98 friends
⭐ 3 reviews

 4/4/2016

NEVER use FlatRate for a long distance move. From
what I read on Yelp and other sites, it seems like they did
an okay job in a short in-town move, which is why I chose
them. However, for a long distance move, they
completely destroyed our belongings, provided
inaccurate information regarding how they would move
our belongings, and provided misleading information
about the insurance we bought from them to protect our
items. We've been left with thousands of dollars of
damage that we can't afford to fix and replace our
destroyed items. PLEASE read the following if you're
considering FlatRate:

My husband and I moved from NYC to Seattle in January
and paid over $5,000 for the move. The representative,
Saadi Agha, promised us that they wouldn't sub contract
to any local movers, but they did. He also promised us
on the phone that the insurance we paid several hundred
dollars for would cover replacing or repairing all of our
items should anything happen to them. However, our
items changed hands so many times because of the
subcontracting to local movers, that when our items
arrived, 21 out of 30 furniture items were damaged-
many beyond repair. Several boxes (especially those
marked "fragile") were damaged to the point that they
were busted open and so squished that no amount of
heavy duty box and bubble wrap could have prevented
breakage. When we submitted a claim for over $8,000
worth of broken items, they only provided us with enough
to cover repair of certain items, and left us several
thousand dollars short to replace furniture and other
breakables (on top of the thousands we already spent for
the move).

The movers were also several hours late from the
delivery window provided, and proceeded to rush us.
There was almost zero communication between
FlatRate and the local movers, causing an awful client
experience and a wasted day.

They have since refused to provide us with the
compensation agreed upon in the terms of our contract
for damaging over $8,000 worth of belongings, have not
reimbursed us for any portion of the awful service we
received, and have refused to answer any questions
related to their inconsistent "resolution" to our claim. If I
could give them negative stars on Yelp, I would. We
even went to the Better Business Bureau, and after trying

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 12 of 60

multiple avenues to get them to acknowledge the agreement they initially made with us, they simply apologize that we had a bad experience, refuse to answer questions, and state that they resolved our claim "in accordance with their policies."

We are still out several thousand dollars out of pocket to replace and repair our broken items (21 of 30 pieces of furniture and almost $2,000 for china and other breakables). We can't even deposit the tiny check they provided (giving us cents on the dollar for the damage- NOT in line with the insurance we paid a premium for) to begin repairing and replacing our damaged items, because they put a disclaimer on the check stating that if we signed the endorsement line of the check, we're waiving any claim against them and waiving their liability.

Their business practices of lying to customers and not following through on the terms of an insurance contract are beyond questionable and are reprehensible. We don't want to deposit the pathetic check they gave us because we don't want to waive their liability for what they've done, but at the same time we need the funds to fix our belongings and finally get settled after 3 months of living in our new apartment. This behavior is so disgusting and shouldn't be allowed to happen. DON'T EVER use FlatRate, or this could happen to you.

**Katherine K.**
**Manhattan, NY**
 0 friends
1 review

 9/30/2013

I had used Flat Rate three times and they were great, but I think they got too big for our own good. They broke things, ruined expensive shoes, lost things, didn't pack things and we even ended up with someone else's framed pictures that they still haven't claimed from us to give back to the other people. The service has been horrible, they are using inexperienced crews and once the move is over and we are left with broken furniture their response time is nill to none.

I would never use them again and I have been recommending them for years. Shame.

**Terese K.**
New York, NY
0 friends
11 reviews

 1/28/2017

My move was FlatRate was a disaster. They smashed or damaged all of my antique furniture, concealed the damage from me, leaving me to discover it the morning after the move, smashed or damaged many of my other possessions (china, glassware, art works, books, floor lamps, etc.) and failed to move all of my things. When I returned to my former apartment two days after the move to clean it, I discovered that FlatRate hadn't packed and moved all of the food from my cupboards, all of the china and glassware in my dishwasher, all of the supplies under my kitchen sink and numerous other items. (I had payed to have FlatRate pack and move me.) So I had to pack these things myself and find a way to move as many of them as I could. I had to leave a lot behind. I became severely ill as a result of all of this with a bad cold that turned into a month of bronchitis. FlatRate still has not fixed or made good on what they broke though I have spent hours on the phone with various people from FlatRate -- who never call me back. I have to pursue them to try to get some answers as to what's happening. I would recommend that anyone who values their possessions and their health avoid this company.

**Julie B.**
New York, NY
0 friends
7 reviews

 1/20/2016

DISASTER. Last summer Flatrate moved my stuff and held it in storage for a month prior to delivery. After a flood in their storage facility caused literally thousands of dollars of damage, I received $60 in compensation - that's after their lovely customer service representatives assured me how committed their board of directors was to doing right by me because the flood in their facility was entirely their fault.

**H A.**
Walnut Creek, CA
3 friends
47 reviews

 7/25/2013

If I could give them 0 stars I would. Broken tv, broken coffee table, broken end table, broken chair, broken book shelf. Driver wouldn't take ownership and kept saying it wasn't his fault......nobody would talk to me because it was after 5 PM..........If the problem gets resoled, I'll change my rating, for now....avoid them.........

**Geoffrey C.**
San Francisco, CA
👥 23 friends
⭐ 40 reviews
📷 2 photos

 12/1/2009

I've used FlatRate four times and stored my things in their facility for a year. The moving men are always great. They are friendly, on-time and fast. However, storage was another story. My items were damaged, wet and several boxes were missing when FlatRate delivered my things from their facility.

I honestly don't know how boxes can simply disappear from a storage facility. Tracking these items should be a priority, and they have no idea where my things went.

In addition, the so-called climate-controlled storage is questionable. My items smelled musty and were damp-- one box had a moldy item in it that had obviously gotten wet at some point. Wax candles that I had stored actually melted inside the storage box. Their storage is expensive, so I expected much more.

Finally, my plasma TV stand had been dropped and was broken. this thing weighs about 50 pounds and was likely stacked on top of things in storage a fell from a height. That's just stupid--heavy things on the bottom--light on top. Same thing with my desk--metal legs were bent as if the had been bearing weight. How do you manage to bend a metal desk leg?

I'm totally done with them--I trusted them with my worldly possessions, which isn't much, but it's all I have and they did their best to destroy everything. And they charged me $175/month for a year for the privilege of their terrible service and disrespect of my belongings.

**noah m.**
South Orange, NJ
👥 72 friends
⭐ 25 reviews

 5/5/2014

I have used flat rate for 3+ moves. I loved them until the most recent move. They damaged my dining room table and insisted that they found it damaged and that the light in my old apt was low therefore i did not see the golf ball size divot. After several emails and phone calls they told me that they are only responsible for $60 but since they value me as a customer they will give me $100. How about fixing the table and not making me send several emails and several phone calls to even get a response. I will never use flat rate again and will continue to tell any one who will listen about my experience.

**Sherri S.**
New York, NY
34 friends
21 reviews

 6/11/2014

I had used FlatRate exclusively but will not be calling
them again. On my third move with them, I had very
unprofessional movers. They lost a very unique piece of
furniture on a short move from 83rd to 20th streets.
Ironically, no one was ever able to find it and the check I
received for it and a mirror that was damaged was a
small fraction of what the lost and damaged items were
worth. Very poor service and they have lost my business
for good.

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

**Alyssa B.**
Long Island City,
Queens, NY
🙎 0 friends
⭐ 1 review

 12/8/2014

The worst move ever. The representative was horrible.
He gave me incorrect measurements and told me
everything would be taken care of. The day of the move,
the movers told me all of my furniture was much larger
than their list stated and he would have to charge me
more money. But if I tipped them very well, he wouldn't
charge me more money. Then they broke almost all of
my "Fragile" boxes. They took a box marked "electronics"
and wouldn't let me check their truck at the end of the
move. And they broke a large mirror and then tried to
convince me it was already broken before they touched
it. I moved into a brand new building and they scratched
the floors and the walls with my furniture that each piece
has some kind of damage on the corners due to improper
handling. I may even lose my security deposit because of
them. Then they refused to reassemble what they had
disassembled in order to move. They lost every single
dowel from every shelf they removed during the move.
And when I asked for them to replace the shelves the
guy asked me if I really wanted it, I said yes, and he did
one shelf and then tried to tell me that none of the
shelves had been properly hung when they showed up,
so it wasn't their fault. I had to go out and buy all new
dowels for every single shelf. Bookshelves, desks,
cabinets, an entire liquor bar.

I tried to report a claim and the customer service lady
kept hanging up on me and telling me that I probably
heard incorrectly or it was my fault something went
wrong. Or that if I have Ikea furniture then they can't do
anything because it's cheap and damages easily. I don't
own anything from Ikea, and found her incredibly rude
and unhelpful.

Overall a horrible experience and I would NEVER use
them again or recommend them to anyone. Terrible!

**Holly R.**
Water Mill, NY
🙎 0 friends
⭐ 5 reviews

 6/16/2016

total scam artists, and heaven help you if they damage
something and you need to file a claim EVEN IF YOU
SPRING FOR THE EXTRA INSURANCE. never again.

**Alison G.**
New York, NY
0 friends
2 reviews

 8/17/2013

I have NEVER written an online review before but our recent move was such an absolutely horrible experience that I was motivated to do so. First off, our consultant did not thoroughly discuss or explain the options for excess insurance. That would have been fine had the sloppy and careless moving crew drop and break a $1300 concrete console table, burn a hole in the mohair upholstery on an $8000 sofa and cause major chipping on a Ligne Roset media console. We spent hours on the phone with the company and after spending over $2500 on this move we were told that because of a failure to purchase the excess insurance there was nothing they could do. Not only will we never use Flat Rate again but I will be sure to tell any who ever asks (and them some) to steer clear. Did i say horrible?

**John M.**
Dallas, TX
0 friends
1 review

 4/15/2014

I have used these guys twice and both times they broke my stuff, including expensive antique furniture. Twice they tried to cover it up. They are shameless high pressure tip seekers too. Overall a very scummy business.

**M W.**
Toronto, Canada
0 friends
3 reviews

⭐⭐⭐⭐⭐ 6/24/2014

LIARS AND THIEVES. Avoid this company at all cost. We hired FlatRate to move treasured family heirlooms. When the shipment arrived, items were damaged and some were missing altogether. Attempts to follow-up with the company regarding the missing and damaged items were more or less ignored until legal action was threatened. Instead of trying to help us resolve the problems, FlatRate simply denied all responsibility. FlatRate provided what was perhaps the worst moving experience of my life. Shame of FlatRate for their abysmal performance and service.

**eDub W.**
San Francisco, CA
0 friends
34 reviews

 2/23/2012

Their customer service department and storage management folks are quite nice. However, the moving crew can be spotty in terms of their care of your items.

While packing, I had stopped one member of the crew from wrapping a glass Tiffany lamp in a single sheet of paper and putting it in the box. I explained to the foreman that is was very fragile and they put a few more sheets around it and said they would take care of it, they knew what they were doing.

Upon arrival, I opened the box to find a 15lb brass lamp, stereo and alarm clock in the same box on top of the Tiffany lamp. Needless to say, the Tiffany lamp was shattered to smithereens.  25% of my picture frames that they packed were also broken and my furniture suffered damage that also needed repair. They didn't use bubble wrap for any of the fragile items, and the result was devastating.

**Cyndi N.**
Manhattan, NY
10 friends
3 reviews

5/7/2015

very bad company,stole all my expensive crystal, 5300.00 of damaged goods tryed to settle claim for 260.00 .stay as far away from them as you can get .rolled my solid mahogany tabletop out the door --go use big johns or anyone else. their customer sevice is a joke and will not let you talk. their word is no good .

**DB W.**
Dallas, TX
0 friends
2 reviews

5/4/2011

A TOTAL DISASTER!!
$8,600 worth of damage to my furniture.  I used FlatRate's recommendation to us MovingInsurance.com and they denied my claim stating that FlatRate incorrectly packed my furniture.  I would NEVER use or recommend FlateRate Moving or MovingInsurance.com.  BEWARE!

**Chris L.**
Larkspur, CA
0 friends
6 reviews

 3/3/2015

I will say this. They do stand by their price guarantee. The price you're quoted is the final price. The reason for one star is the pure incompetence of the movers themselves and the customer service team in taking care of damages. Simply put, they moved a $3,000 dining table across the country and when it was unpacked there was a severe crack in the table essentially rendering it useless. The mover acknowledged the crack and signed off on it. The crazy thing was that this table was wrapped in nothing more than a blanket while some ugly, cheap picture I had was place in a wooden crate like it was the Mona Lisa. Pure stupidity. Anyway, guess what Flat Rate gave me for restitution of the table?? $120. Not $1,200. $120. When you don't take responsibility for other people's goods of course you can charge low rates and guarantee them. If you're moving a bunch of stuff that you don't care about and simply want a price guarantee go ahead and hire them. If you have anything at all that you care about hire another company.

**Aaron H.**
New York, NY
3 friends
8 reviews
1 photo

10/13/2009

I wish I could rate them with negative stars. I would rate them higher if they did not happen to lose one of my boxes!!!

First of all I used them because they were one of the movers recommended by my new building and despite the much higher(almost 50% higher) price I felt like my belongings would be better taken care of. The appointment was easy to arrange and I did find their staff helpful.

However the higher price turned out to not be reflective of the quality of service. They 'lost' one of my boxes in the move. Somewhere something happened that a huge box got misplaced....... This box happened to be a box containing my snowboarding gear. On top of this, unless you buy the insurance they will screw you. They will only pay you aprox .60/lb of the estimated weight of the box. When you are paying such a premium compared to other moving companies, this is rather unexpected.

Definitely stay away from these people. They offer an inferior service inspite of the higher prices.

**Reviewer P.**
New York, NY
👥 1 friend
⭐ 6 reviews

 5/2/2007

AVOID THESE GUYS IF YOU VALUE YOUR
FURNITURE!!!  - I am giving 1 star because there is no
option for 0.

I have expensive furniture and wanted to hire reputable
movers for my move last week. Flat Rate was very
friendly on the phone and reassured me that I'd be very
happy with the results. Come the day of the move, the
movers were 1.5 hours late (how many times do I have to
hear about getting stuck in traffic at 8:30am in
Manhattan? Leave early!!), and to make up for lost time,
they began banging around the furniture to have the
wrapping done quickly. The result was that every single
one of my furniture items has cracks, dents, and huge
torn-off parts. I now have to go through the lengthy
process of filling out the claim form and sending in
pictures of the damage with zero promises of
compensation from them.

**Jon O.**
Miami Beach, FL
👥 0 friends
⭐ 2 reviews

 2/3/2009

Horrible service - will not pay out for insurance claims

If you use them - don't bother getting insurance. They
trashed my furniture and refuse to pay out. It's a shame -
because I used to like and recommend them. Now I will
never use them again. I'm surprised they haven't been
indicted on insurance fraud yet. Absolutely amazing.

**Sam D.**
San Francisco, CA
0 friends
12 reviews

 11/17/2008

DON'T RISK IT.  We did a NYC - SF move in July; based on a friends recommendation we went with Flat Rate. A few other movers had better prices but the staff was professional and they seemed to have their act together.

We didn't have too much (no furniture), but had some valuables (art, electronics, antique carpet) so, just to be safe, we paid more to get extra insurance on the move. Movers were clean and efficient on both ends.

However once everything was unpacked we found many items that were damaged that could have been avoided. The paintings were in a "secure crate" but were not wrapped when they were put in so two frames were chipped. Office chair had a busted wheel. Torn lamp shade. Cracked bookshelf. Irritated but nothing that couldn't be repaired. Until we saw the carpet - two 3" tears. This was an antique that had been in the family for decades.

4 months later we finally get the assessment from Flat Rate. Denied on the carpet. Denied on many of the others. Approved for 475$ in damages. Conveniently enough the deductible for the insurance - 500$.

If you don't care how your possessions get  to you, feel free to go with Flat Rate. Otherwise find a better option

**Nomaan A.**
New York, NY
0 friends
1 review

 10/19/2009

Stay away from these guys.

Dont take my word for it go look at movingscam.com or complaintsboard.com

Here are the cliffnotes on my experience.

Took 18 days to get my stuff from LA to NY, and when they showed up they had lost one BED and 8 boxes. They went to go hunt it down and showed up THE NEXT DAY with the rest of the stuff (except 2 boxes). Most everything that they moved is damaged. I am submitting pics to the better business bureau to show them the horrible condition our things arrived in--boxes were ripped open, and crushed-- all of our clothes were filthy it was a complete disaster. Pretty much anything breakable was broken except for our tv.

They were supposed to assemble our furniture upon arrival but they had no tools and didnt know how to assemble anything so I had to put it together myself.

They paid a non-english speaking man OFF THE STREET to help move our boxes (REAL PROFESSIONAL SERVICE) and he damaged our floors and walls. If I wanted a bunch of randoms to move my stuff I would just go to Queens myself and pick up some movers.

They accidentally brought someone elses boxes to our place, ripped the box open to show me its contents, and so I told them it wasn't mine. They forgot it in the hallway of our building and left and our maintenance man assumed it was trash and threw it away. So if one of you used Flatrate and is missing a box full of DVD's I can tell you why you no longer have your movies.

They are a complete disaster as a company. All of these 5 star ratings are obviously fabricated by the company--I just wish I was smart enough to have figured it out before all my things were ruined.

**Natalie B.**
Atlanta, GA
👥 0 friends
⭐ 6 reviews

 12/1/2011

My husband and I used Flatrate for a long distance move
splitting our New York apartment to Philadelphia and Ann
Arbor, Michigan. We received in home quotes from
several companies and Flatrate was pretty competitive
and the representative (Yuval) we dealt with was very
responsive and helpful, so we decided to go with them.
We thought we were in good hands but right before our
move, we began to feel a little leery about the
communication and unprofessionalism of the insurance
company (Movinginsurance.com) affiliated with Flatrate
because they had several people call randomly to get
information we had already given and they continued to
try to sell us on getting more insurance. At one point, I
thought Flatrate sold our information to telemarketers
because we had gotten so many phone calls. Despite
some skepticism we went ahead with the move. Our
Philadelphia items were scheduled to arrive a couple of
months later and our Michigan items were scheduled to
arrive the month following that. TALK ABOUT A
NIGHTMARE. The movers arrived and set up everything
as they should have but while unpacking we noticed
several items (iPod, iPhone, drawers/ cabinets of kitchen
supplies that weren't even packed from our NY
apartment) were MISSING and several other items
(dresser, side table, mirrors, picture frames) were
BROKEN. For the items we could see, we complained
immediately, but it wasn't until after the movers left that I
realized they put our dresser together on its stand, but
the stand was BROKEN in HALF! They knew this, didn't
bother to inform us and set it up in our new home as if
nothing was wrong with it. Imagine our frustration, until
we realize ohhhh we bought insurance, so this should all
be taken care of...Well, that was NOT the case. The
insurance company affiliated with Flatrate denied every
item on our list stating that the Flatrate movers neglected
to wrap and pack the items correctly (mind you we paid
for packing and moving services). In my recent attempt to
contact customer service at Flatrate, the representative
(Jennifer) was rude, she over-talked me and tried to
blame my husband and I for items being left behind in
NY. Based on that disaster, I truly doubt the integrity and
professionalism of this company, and I don't expect that
they will do anything to rectify this problem. We feel
duped by using their insurance company because clearly
they never intended to pay for anything that was
damaged knowing Flatrate movers wouldn't pack it
correctly. We literally spent about $5K with Flatrate for

this piss poor job and we will have to spend several more thousand dollars to replace the items they broke. Our opinion - BIG MISTAKE in using Flatrate. We should have gone with Mayflower or one of the other long distance moving companies that have been around forever. When we move back to NY next year, we won't make the same mistake.

**Caroline H.**
**Austin, TX**
 0 friends
 21 reviews

⭐⭐⭐⭐⭐ 8/21/2010

Where to start? The long distance move was a disaster. Despite having an in-home survey with one of their moving "experts", I had to pay an additional amount when the movers came to load the truck. I also got their packing services and should have just packed myself. They broke the marble top of a coffee table and dishes-- only the expensive ones, of course. They lost the screws to mount my wall lamps. They even lost a 4'x6' photograph and 10'x12' rug for two weeks.

Bottom line is the movers were slow and 80% accurate. That extra 20% translated into a huge headache. I'm still trying to replace or fix all of the items that they broke. Flat Rate customer service was good, but they are so far removed from the guys who are packing, loading, and moving your stuff, and those guys are making mistakes which mean that your stuff is getting lost and broken.

Oh and did I mention that my move was really expensive? Too bad you don't get what you pay for....

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 25 of 60

**Ryan M.**
New York, NY
0 friends
1 review

 12/26/2013

this company is a joke.  they destroyed the nicest piece of furniture me and my wife own.  when they unwrapped our $1500 dresser there was a huge chunk out of the front of it.  the movers immediately admitted to the damage and asked me to file a claim.  after a month of radio silence from them I called today to be informed that they had sent me a check for $180...with no explanation. when i dug further i found out that in their agreement they are only responsible for damage up to $0.60/lb. they estimated i had 300lbs, so 300 lbs x 0.60 per pound = $180 for destroying my $1,500 dresser.  if you have anything you value, chose a different moving company. these guys have no reason to take care of your belongings with their "fine print" coverage.

**Aaron L.**
Brooklyn, NY
0 friends
3 reviews

 6/15/2012

I would not recommend this company to my worst enemy. We were up-sold to the Elite service because of our valuable mid-century and danish modern furniture and artwork and even bought extra insurance on the advice of their rep. The movers were extremely fast and careless with our items, they moved a large 2 bedroom apartment in less 2 hours by shoving Eames chairs into boxes with no packing materials between or around them. We specifically requested 3 art boxes because of the number of pieces we have and they only brought 2-- cramming $800 photographs and vintage paintings together--resulting in stretched and torn canvases and damage to custom-framed pieces. Our stuff went into storage for 30 days and now all of my textiles (rugs etc.) smell like a musty basement.

2 pieces of furniture were damaged. One being a mid-century side table that retails for $700 and the other being a Sapparo shelving unit from Design Within Reach that cost $1100 and is still sold there. The top was cracked on 3 sides as a result of one of the movers rolling it onto a blanket alone (I watched him do it!) it was clear that rather than waiting for one of the other guys to help out he wanted to finish as quickly as possible. Flat Rate sent an evaluator out to look at the damages who told us that DWR and MCM furniture were of the same value as Ikea to him. Eventually, they offered us a total of $150 to compensate for our broken furniture and some custom-framed art they tore. This is WITH the additional $10,000 dollar insurance coverage that we paid extra for!!! All of this and their customer service is horrible. We had to call often to get any information regarding our claim as well as to communicate about the original move. They often would not return our calls and when we would get ahold of them there were excuses such as: "I was out of the country" and "I apologize, my dog is sick" (I can not imagine ever telling a client this!).

They also ended up charging us an additional $100 because their own rep underestimated the amount of stuff we had, even after an in-house estimate. So much for a "flat rate".

I've moved with 2 other companies in NYC, both were cheaper and there were no damages. I guess the adage "you get what you pay for" is not always the case.

DON'T DO IT!

**DM s.**
New York, NY
0 friends
6 reviews

 6/7/2010

DON'T USE THEM!

First time, they were pretty good. Second time we used them, they folded our brand new mattress IN HALF in the truck, dropped a bunch of boxes down the stairs, and broke about $400 worth of brand new china!

Yes, we were newly weds when it happened and they broke our new china. When it happened, they suddenly stopped being useful at all, because they knew they wouldn't be getting a tip anymore. When we called the office, they said they could pay about $40 for the damages. Really?

Get someone better! They are cheap, but not worth it!

**al w.**
New York, NY
0 friends
4 reviews

 4/7/2009

HORRENDOUS.
Where do I start?
$1000 to move a one bedroom.
Over an hour late.
"Guaranteed destination would be completed by 5pm" for me to avoid extra costs.
Well movers being over an hour late, then took an hour lunch and I didnt make it in until 6pm. Incurred excess costs because of it.
Then they have you sign off, rushed to sign off that everything was in good order. They shoved everything into a small van, hurried with everything. So now I sit with paying the $1k for a simple one bedroom, both buildings had elevators, I didnt have a lot, then incurred $500 for them not moving in by 5pm and now I have damage (cracked , scraped) on my desk, a chipped glass table amongst others. Its impossible to get anyone to call you back, follow up. DO NOT GO WITH FLAT RATE!!!!!

**D B.**
**Boulder, CO**
👥 **0 friends**
📷 **1 review**

⭐⭐⭐⭐⭐ 4/6/2009

Not a Good Service.
We have used them several times in the past after they
changed owners.
The salesman came and did an on site estimate and sold
us on their "Elite" moving service. They sell this as their
premier service with the "best movers". He sold us on
the idea that they would take care of our items - some
expensive furniture, electronics, etc - don't worry we will
take care of it all."

Then the day of the move....
They showed up late by almost an hour. I was slightly
annoyed by this as they did not call and I had to hunt
them down on the phone to see where they were. Two of
the three "Elite" movers actually worked while the other
dragged along. They took over twice as long as we were
told it would take to just pack the truck. They did a half
assed job packing the furniture and one guy kept moving
things that would take two people by himself - sliding
items down the stairs. I finally had to start making extra
trips for them to get some of the furniture loaded. Good
thing I did because as I was getting the last of it, I found
a closet they didn't bother to try to pack and a few things
in the apartment that they said they didn't have room in
the truck for- why bother to tell me? (The last thing I saw
as I drove away was two of them cramming the last of
my things in to the top of the truck as hard as they could)
We called Flat Rate on the way to the new apartment
and told them we were now very late because of the
moves - so they sent more "Elite" movers,. The extra
hands that showed spent more time joking around with
the other movers than working. They took forever
unwrapping the furniture. They set the bed frame up like
a house of cards with no bolts and not on the area rug
that they had packed - why? Would I not notice this.
Shocker, three pieces of furniture were badly damaged
beyond repair. They were several other issues but now
that I just relived it here my stress level is too high to mull
over further details. I ended up submitting this review
because the claim letter for all the issues I brought up to
them basically told me to go screw off. They feel that the
estimate of loss and damage to the items plus the
inconvenience is worth $480 - just $20 shy of the
deductible (They do the adjustment themselves - total
conflict of interest).

Flat Rate used to be a decent service but is now
HORRIBLE.

**Rob G.**
New York, NY
1 friend
2 reviews

 4/2/2009

Avoid at all costs! I moved with them in November of last year. The move was within the same apartment building (down one floor in the elevator) for an agreed upon price of $960.00. They broke the base of my 46 inch LCD television and then tried to hide it by piling boxes around it! The crew was inconsiderate and shady and by the end of the day I was so eager to get them out of my apartment that I told them I would move the last remaining items on my own. After filing an insurance claim the company agreed to reimburse me $26.00 for the damage to my $2000.00 Television!

www.complaintsboard.com

# Flat Rate Movers — Awful company

Valerie Review updated: Dec 18, 2008

We hired Flat Rate Movers for a full-service (packing, storage & moving) from NYC to Cambridge, MA over the summer. There were 4 major issues:

1) Stolen silverware. Of 35 boxes that were packed on June 30th in NYC, 34 were delivered to our apartment in Cambridge, MA. The missing box had 14 sets of sterling silverware that were gifts for our wedding, exactly $5, 600 worth of silver and $1, 000 of other items.

2) Missed deadlines. First, the pack/move out was scheduled for June 30th for one day. Instead of sending 4 movers, the 'norm' for a 1-br, they only sent 3 movers who worked 9 AM-8 PM, but had to return for 4 hours the next day to finish. Second, Flat Rate had agreed to deliver to Cambridge the morning of August 4th. Our things were delivered August 5th. Both missed deadlines were

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 30 of 60

inconvenient and inexcusable as they were in no part our fault.

3) Damaged items due to sloppy packing. Flat Rate's own delivery team said it was the 'worst packing job' they'd ever seen. Damage included: a 3 inch deep scratch on our dining room table due to the fact that it was only wrapped in a rug (instead of standard rug & cardboard), many 7-8 inch scratches/dents on a nightstand, 2 knobs missing from a dresser, and 4 broken wine glasses. In addition, 40+ ties were carelessly thrown on top of dirty shoes and boxes marked 'Fragile' arrived upside down and on their sides.

To top it off, Flat Rate lied to us about insurance rules, accusing us of 'double dipping' b/c we had collected under our renter's insurance policy. Either Flat Rate didn't understand the concept or more likely, assumed we would not know the meaning of the concept and thus would believe them when they lied about its meaning.

Read 2 comments

**More Flat Rate Movers Complaints & Reviews**

- Flat Rate Movers - Disaster company

## Responses



Barry Nov 29, 2008

This company is a disaster area.

I overpaid and had a horrible experience. The movers got into a fight with my porter and sent him to the ER. They then THREW AWAY(not lost) my cats ashes, my bookcase, my kitchen chairs

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

and all of my medications, vacuum cleaner and a whole lot more. When I called their customer service they made excuses for the crews behavior and tried to blame me.

They offered no apology and only offered to allow me to file a claim with the insurance I bought. This means I have to pay a 500 dollar deductible and have to pray that everything won't be disallowed. This is despite the fact that their crew threw my stuff in a dumpster.

They took no responsibility. I am so angry I set up a website to describe my experience and give an update as I go through my claims process. Avoid this company at all cost.

The website is www.flatratesucks.com

www.mymovingreviews.com

William BenjaminharperService cost: $5500

Oct 29, 2019

Local move within New York

INCOMPETENCE from beginning to end.

To begin, Larry P. comes to give us an estimate by evaluating the items to be packed and moved into storage and then back home. We get 2 estimates from him (into & out of storage) and are quoted a FLATRATE price, to include full insurance coverage. The moving day arrives, as does the team and 3/4's of the way through were notified that Larry P. missed several items, so there would be a price adjustment, increaser. At this point I am thinking bait & switch, but we gotta go, so we proceed.

Our items get moved into storage for 2 weeks and thinking, this was not a bad experience. Then I am reviewing my American Express Bill and see that both moves were charged out at one time. I call and speak with Larry's boss, George. George apologizes, speaks to a woman near him and asks her to credit the account $ x amount, never happened. And then they charged us again for the move out of storage.

We move back in and notice that there are 3 individual items damaged or broken during the move, and here I think, this is annoying and we have full coverage. Then 2-3 weeks later I notice that there is another brand new piece of custom made furniture that is damaged in 3 places. Due to the fact that it is a lacquered custom table, I do not not know if it's salvageable or needs to be remade. Again, I think to myself, this is annoying and we have full coverage. Whew what a relief, it was worth the investment.

We submit the 2 claim forms and all the pics, not once, once twice...but at least 7 times. The geniuses in Claims, never thought to scroll down a bit and find the pictures. They kept telling me the e-mails did not contain any pictures. The Claims manager, Talisha does not return phone calls nor e-mails. So the Sales manager put me in touch with Customer Service, Bernadette. She started off very communicative and feel off the face of the earth, when the billing situation came up. Then I get a form letter stating that we are covered for .60 cents a pound. Needless to say I am a bit puzzled. So I go back to my e-mails and forward the e-mails indicating what level of coverage we wanted,( how else would I know the cost of full coverage).

I was told by Bernadette last week that the VP of FlatRate would be back from vacation on Monday, 10/28/2019. I called him this morning at approximately 10-10:15. Only to be told he was out of the office and she did not know when he'd be

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 33 of 60

in. I asked for George and he was not available; Bernadette was also not available and I did not bother asking for Talisha. I called back about 10 minutes later to see if George was available, but he magically went into a meeting.

So when I returned home this afternoon I called American Express and disputed all charges associated with this move. The agent at AMX asked me if I had been in contact with FlatRate and I told her a very, very, very abbreviated version of the above, names only were given.

I will never use them again and only recommend them as a how not to run a business model.

www.mymovingreviews.com

Maria BlancoService cost: $1500

Oct 16, 2019

Local move within New York

Worst moving company in all NY. DO not contract them

Every once in a while you find unreliable service companies, but Flatrate probably wins the price in terms of incompetence and negligence. I contracted an all inclusive moving service (including dissembling and reassembling a sofa and a bed frame) to move a 1bdr apartment from the Upper West to Long Island City on August 28, 2019. Well, I will tell you something, my sofa never arrived to my new apartment!!!! Someone from the carpentry team broke my sofa (while trying to dissemble it) and decided that the sofa could no longer be of any use (and took advantage of the fact that we were already travelling with another Flatrate team to our new apartment) and unilaterally took the decision to dispatch it as garbage it at an unknown location. After 3 hours of having no news of the carpentry team, they finally showed up with our frame bed (which by the way was severally scratched and damaged) and this person had the nerve of telling us he decided to ditch our (which he broke) sofa somewhere unknown. Unfortunately, that is not even the worst part of dealing with Flatrate. Their sales team seems nice (at least on the surface...), but their claim team is the most unhelpful, incompetent and negligent team you can imagine. We submitted a claim form the first week of September and we still have not get an answer on our claim. They do not answer our emails or phone calls, and neither the sales team has helped at all. I sincerely hope you do not commit the same mistake I did when deciding to hire Flatrate. The experience was and continues to be a nightmare.

David SimonService cost: $500

Aug 30, 2019

Local move from Brooklyn, NY to New York, NY

Careless, rough, and unapologetic!

These guys have some of the worst customer service I've Ever experienced. Adam
Robb handled my move and then as soon as things went wrong, he disappeared. I
bought a new sofa from an outlet in Brooklyn and needed it moved to the city. The
rate was $500 to move one sofa 4 miles. I didn't want to shop around so I agreed. I
was reassured that it would be well wrapped and taken care of, and delivered to
me in perfect condition. When the drivers showed up, I came downstairs and saw
that they were dragging my brand new leather sofa on its side, the whole length of
the truck. Furthermore, the sofa wasn't wrapped!! I couldn't believe my eyes. Its a
$13k brand new leather sofa from Restoration Hardware and these guys are
treating it like I bought it at a thrift store for 200 bucks. Of course there was a
huge scratch in the leather. I tried dealing with FlatRate about this and after many
calls I got nowhere. They offered me $180. The replacement of the piece that was
damaged is about $3500, and they offered me $180!!! Im just so disgusted by
these guys...they have no sympathy and no remorse. Its all about dollars and cents.
I called my account manager (Adam Robb) for help but it got me nowhere. Then I
tried moving up the ladder and finally spoke to a manager Brittany Tovar and
pleaded with her to do the right thing. She said that since I didn't insure the item,
that's all they were required to give me by law, and that's all they would do. I
asked her to at least reimburse me for my move and she made it seem like that was
an insane request. Her assistant even told me to bring them to small claims court,
which I thought was kind of funny. Anyway, you would think that a professional
moving company would know that you need to wrap delicate furniture in blankets,
and that if they didn't take all measures to protect your items, they would at least
try to do the right thing and make it up to you. Instead these guys just really
seemed to not care, and were only willing to do the bare minimum required by
law.

Uri BeService cost: $2000

Jul 08, 2019

Local move from New York, NY to Brooklyn, NY

Ok movers, terrible at resolving claims

I had used FlatRate in the past with good results...but I guess that's because nothing broke. This last move, they broke a $3000 dining table. I submitted a claim as instructed, waited 21 business days (the form says it takes between 14 and 21) with no word. I contacted them and was told they were waiting for something from operations. Later that day I received a new email asking me to submit the claim. I spoke to someone, very nice, who said I didn't have to resubmit the claim and would hear back the next day. It's now 26 business days and still no answer. Will update as we go along, in the meantime, I would suggest looking at other moving options.

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 37 of 60

AnnaService cost: $1250

Feb 11, 2019

Long-distance move from Forest Hills, NY to Bakersfield, CA

Everything was broken.

I found FlatRate Movers in a Google search for my move from NYC to California. I called multiple companies and FlatRate had the cheapest rates by a long shot (red flag?), and seemed to have good reviews, so I booked them. I was not shipping any large furniture items, only some boxes of clothes and a flat screen TV, a glass dinner table, and a large floor mirror. I got a delivery slot of about 2 weeks and was told it would likely arrive in the beginning of the slot. My items arrived on the last day of the slot. Fine, no big deal. Once all my items were brought in, we found the TV had been shattered, the mirror was in pieces and the dining table legs and base were twisted and broken. The driver apologized and called HQ and took photos of my items. The total of damages was $500. Weeks later I got back about $175 for all this trouble. It is my fault that I only paid for the basic insurance but how did all 3 of my fragile items break? My clothing boxes were all ripped up too but thankfully clothing is not as fragile. Lastly, I got an email to review my experience and the website would not even let me rate them anything below 4 stars. I am disgusted with this service and company and this may be the only time I've ever written a bad review for anything. I suggest you all reconsider any long distance move with this company.

INDEX NO. 654823/2019

RECEIVED NYSCEF: 01/21/2020

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 38 of 60

RlongmanService cost: $6278

Oct 19, 2018

Long-distance move from New York, NY to Sarasota, FL

Flatrate Destruction

Flatrate Moving should be called Flatrate Destruction. When Flatrate delivered our goods they had destroyed all four legs on a valuable coffee table, had broken the plexiglass covering of a very large expensive piece of artwork, gouged the frames of our bed in many places and had broken other valuables. We had insured the shipment for $28,308. We filed a claim for $5,139, a very honest statement of our loss. Flatrate sent us a check for $827.32. Flatrate said that since the actual value of the shipment was greater than the $28,308 coverage, they were paying only 18% of the claim. We regret that we failed to read all of the negative reviews before contracting with Flatrate.

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

Elizabeth KService cost: $5000

Oct 16, 2018

Long-distance move from New Jersey to California

Thieves

If I could leave them negative stars I would

This company are thieves they stole 2 of my designer bags and tried to offer me $300

How ridiculous

After 4 months

Let's not forget they were a week late with delivery then showed up with 6 boxes missing and 2 pieces of my furniture missing showing up 2 weeks later

Offered no incentive come to find they stole 2 bags

This company is the devil

Do not use them

No response

Nicholas only speaks to you at time of sales with broken promises

I regret trusting them

Hannah HoltService cost: $5000

Feb 12, 2018

Local move within New York

Horrible! A bunch of thieves

They stole, smashed and misplaced over $10,000 worth of personal items

[EDIT]

It's entirely outrageous!

If you treasure your belongings DO NOT HIRE FLATRATE!

In addition to this they charged more than $1000 fraudulently to the card on file with NO AUTHORIZATION.

The customer service in non-existing entirely!

I can not stress how bad this experience has been and there have been absolutely no communication - if you are missing or have broken items they'll just ignore you.

SAVE YOURSELF THE AGONY AND STEER CLEAR!

Horrible, horrible, horrible!

Nicholas BhojService cost: $5500

Dec 12, 2017

Long-distance move from New York to California

Flatrate Moving - Gross Negligence in Moving & Inadequate Settlement

My wife and I moved from New York to San Francisco and used Flatrate Moving to transfer all of our belongings.

Upon delivery, we discovered that our items suffered extensive damage due to gross negligence in packing (see images for subpar packing of kitchen items, etc) and handling. Most notably, the screen of our 60' Samsung was damaged due to pressure being put directly on the LCD screen itself during packing or transport. Our shoes and various similar articles were left exposed and crammed into closet drawers during transport. We are aware that nothing should be left in drawers during transport. The company extensively violated this policy which resulted in damages. Armchairs worth around $1,200 were delivered shattered into many pieces. Kitchen appliances and dining ware were dumped without protection into boxes. Naturally, cups, glasses [EDIT] were shattered.

Note that we did purchase extra and full coverage protection for situations like these. However, Flatrate Moving has failed to delivery in this regard as well.

We notified Flatrate Moving. They scheduled an appointment with appraiser for a few weeks later. One day before our inspection was to occur, the appraiser called to cancel. This was yet another experience in the unprofessional and unreliable service provided by Flatrate Moving. Our appraisal was delayed another few weeks. It is now 2 months after our move and Flatrate Moving has still not reimbursed us. As a matter-of-fact, they have offered to settle for about one-quarter the cost of our total claim. How did they arrive at this inadequate amount? Flatrate Moving suggested we can replace a 60' Samsung High Def TV for $399.99 for example. They also suggested we replace the $1,200 armchairs for $127. At no point in my life (even on Black Friday) have I found a deal even close to these suggested replacement values.

Some other examples of Flatrate Moving's unprofessionalism and overall sketchy business practice are below. I have email documentation of dates and correspondences.

1. Claims Department promised to address claims by end of specific week. They actually addressed it a month later. This has happened twice already.

2. I called 3 times to speak to upper management – one [NAME EDIT] I believe. 3 times I was promised a return call. I still have not been called. Upper management provides no transparency.

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

3. I called Flatrate Moving's legal department twice to ask for arbitration documents (they are required to provide arbitration). I emailed this department 3 times as well. I still have not heard back from them. They have thus far refused to provide any information regarding such arbitration.

4. The salesperson we dealt with – [NAME EDIT] – has since disappeared and has offered to resolution.

LinaService cost: $10000

Sep 11, 2017

Local move within California

Things are missing and company is not responsive

I wish I could give this company a zero star review. We selected them for a last minute move from San Francisco to NYC, paid for by my husband's company. Our things are still in storage, so I can't even review them in terms of delivery timeliness and damage.

What I can say is that the move out process was horrendous. Booking was easy and quick, and we selected the white glove service for a full move and pack, with insurance. For the price we paid ($10k+ for a 4BR), I expected them to treat our things with care and be professionals. Instead, out of our four movers, three spoke no English and one spoke broken English but enough to get by. Two of the movers seemed to be underage. Again, not a huge deal if the move was done well and they understood instructions.

We had fairly simple move out instructions -- pack everything except one drawer clearly marked "DO NOT MOVE" and one box, which we asked to be packed with a few specific items to take on the plane.

There were several issues: the movers forgot to pack items throughout the house, including a whole drawer in a closet, several things on the wall, a vacuum cleaner in a closet, etc.

They packed our DO NOT MOVE drawer, which included jewelry I had taken off to not ruin while moving, medications, and toiletries.

The box that we asked them to pack to take on the plane was packed with an assortment of items from three different rooms. None of them were the items we requested in the box.

To make things worse, we called the company's LA office to complain several times and the issue still hasn't been resolved. Our move was 5 weeks ago now, and I'm honestly not sure if I'm ever going to see our stuff again, or in what condition. We paid over $10k for the move, and I regret every penny of it.

Case 1:20-cv-01204-LGS Document 1-3 Filed 02/11/20 Page 44 of 60

ApatilService cost: $1500

Aug 16, 2017

Long-distance move from New York, NY to Chicago, IL

Yikes!

Do not use this company for long distance moves. I moved from NYC to Chicago in June 2017 and was charged $1500 for the move (30 boxes and 4 big pieces of furniture - wooden chair, bed, dresser and nightstand). The 3 of the 4 pieces of furniture (which were the only things packed by FlatRate) arrived completely destroyed. I filed a claim as I figured it was a disgruntled employee. After multiple emails and phone calls, I was given $250 for my "troubles". I had to purchase a new bed, dresser and chair. If I knew they were going to be so careless with my items, I would have sold them in NYC and not paid them to move the big items! There are a lot of better companies out there that might be a little bit more expensive but will treat your stuff with respect.


SpauldingService cost: $4000

Jun 10, 2017

Local move within New York

STAY AWAY from FLATRATE

We moved from Manhattan to Queens and Flatrate's representative suggested we use their "ELITE" service as we had some precious things to move, result?... they damaged artwork and totally cracked the lid of my 1896 Beckstein Grand Piano in HALF, two years later we're still in court trying to get them to pay what is due. The word "sheisters" comes to mind! Did I mention we also took out insurance? The offered us $1500 (and told us we should pay the first $500) for nearly $6000 worth of damage!

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 45 of 60

Donald BergService cost: $2000

May 27, 2017

Long-distance move from Connecticut to New York

Flat rate

We recently moved to NYC from CT and opted to use Flat Rate. They literally damaged every piece of furniture. They broke our dining room table, king sized headboard, coffee table, hutch, night tables and both dressers. Their policy is to make restitution based on the weight of what was damaged. We were compensated approximately 300 dollars for thousands of dollars in damage. Do not use this company. Hire some guys hanging out at the local [EDIT]. I have moved a number of times in the last 10 years and have never had anything like this.

AbbyService cost: $5200

Nov 04, 2016

Long-distance move from New York to Oregon

I'm so upset.

I recently moved cross country with Flatrate, from Brooklyn, NY, to Portland, OR. Yesterday, I started unpacking boxes and many items of jewelry were missing from my boxes. Someone went through two boxes (marked Bedroom/my name--a big mistake) and methodically took everything they thought looked valuable. They had time to open each box and hastily toss everything back inside. One box was even retaped.

I just don't understand how this is acceptable. Damaging things in a move, even losing a box or an item once in a while, sure--it happens. But Flatrate, YOUR EMPLOYEES ARE STEALING your customers' belongings. No business should ever stand for that.

I am waiting to find out what Flatrate is going to do about this. I will be happy to revise this review if they rectify the situation, but this theft overshadows everything else.

Maria De CarvalhoService cost: $3000

Jun 02, 2016

Long-distance move from United Kingdom to California

Hideous experience

Awful experience! Do not hire this company!

The name should not be FlatRate, they bring new fees and charges during the whole process after you paid the agreed amount. They are incompetent, terrible employees, incredibly dismissive and unprepared. And of course, we had a big part of our belongings broken.

Seriously, stay away from them!!


DavidService cost: $5900

May 13, 2016

Long-distance move from New York to California

Theft and Damages

Avoid at all costs.

A laptop and PlayStation 4 were stolen from boxes marked "electronics" and "games". I handed the laptop (in carrying case) to the packing mover, he placed it in a box, sealed it with clear tape and wrote "electronics" on the tape.

When I received the boxes, a different kind of tape was covering the original (and the word "electronics"). After I opened the box, the laptop and charger were missing from the case. Same deal with the "games" box -- I opened it and the PlayStation 4, controllers and games were missing. Everything else that was in the box before was there.

A grand piano was also severely damaged, as well as a floor-standing speaker and other various items. Estimated cost of loss and damages is around $7,000.

A police report was filed for the theft.

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 47 of 60

WendService cost: $2700

Jun 19, 2015

Long-distance move from New York to Illinois

Damaged several items

When I arranged this move with the coordinator in NY - who, by the way, was efficient and a pleasure to work with - I told her there were some large and/or oddly shaped items I didn't know how to pack properly. After giving her a complete list of those items, we agreed that the movers would see to them on the day of the move. Everything seemed to go perfectly, and I couldn't have been happier. Until my belongings arrived in Chicago, and I found that the only item of furniture I'd moved - a 3-drawer wood file cabinet, which had survived some 20 years without so much as a scratch - was destroyed, as were 2 cast iron kettlebells and 3 other items. I can't even begin to imagine the kind of force and abuse it took to shatter the outer layer of the kettlebells! It boggles the mind. When all was said and done, my claim was calculated by weight, not value, and I was informed I'd receive $120 for more than $500 in damages. This despite the fact that EVERYTHING THAT WAS DAMAGED HAD BEEN PACKED BY FLATRATE'S MOVERS! When a company does not hold itself accountable for its own employees' negligence, my suggestion is LOOK ELSEWHERE. My biggest mistake in this whole experience - other than hiring Flatrate, of course - was tipping the movers BEFORE I'd unpacked. Had I not done so, I would have at least saved the cost of replacing the items they destroyed. Live and learn.

Ellie GiovanopoulosService cost: $6000

Feb 23, 2015

Local move within New York

Do Not Use Flat Rate- Musty Odor in all Stored Belongings

DO NOT USE FLAT RATE unless you want: all your belongings & your new home permeated with a strong musty odor for months on end after using their NJ storage facility;  a couple of broken pieces of furniture;  & a laughably small 'courtesy' reimbursement for your troubles, after their citing a policy of only one claim per move (not documented anywhere).

My furniture/boxes were moved from Queens, NY to a Manhattan apt, after 6-month in their Newark, NJ facility. They were delivered to a pristine, newly renovated, freshly painted & empty apt. The musty odor was definitely not there before the items went into storage. The 1st items brought into the empty apt were 2 large cartons packed by Flat Rate. As some as they came in, a very strong musty smell was released, acknowledged by the head mover. As more items came in, and as upholstered furniture was unwrapped from FR's moving blankets, the odor increased. I naively assumed this was temporary & would air out in a day or two. For the 1st week, the odor drifted into the common hallway.

Over the last 3 months, I have: researched corrective measures extensively on-line; vacuumed, cleaned & laundered the apt, the upholstery & all the stored contents many times over;  aired out the apt & all the items with fans for hrs. on end;  air-conditioned & heated to remove any humidity;  used over $95 worth of of mold/disinfectant/deodorizing/air-sanitizing sprays, odor absorbers etc. in repetitive and labor-intensive cleaning of every item; washed down furniture;  & discarded many items.  As each carton was opened, more musty smells were released & more items had to be cleaned, aired or discarded.

My expensive Tempurpedic mattress & boxspring, as well as some upholstered pieces still retain some odor, although not as strong;  I cannot afford to replace them. I threw out a costly foam mattress topper, since, even after cleaning, after sleeping on it one night, I had a severe reaction (coughing, sneezing, throat closing up, etc.).

I could not live in the apt for 2 months, although I was paying. I finally moved in but still smell an odor, although much reduced, but I am worried about the quality of the air I was & still am breathing. (After hrs of unpacking & cleaning each day at the beginning, my clothes retained a faint musty odor brought into my temp quarters.)

When I wrote Flat Rate about this, I was sent a 'courtesy' check for $150; they said I was only allowed one claim, which is not documented anywhere. As to that one

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 49 of 60

claim, the head mover took full responsibility for a broken chair leg, sent the office a photo of it & FR had me fill out a claim form; they reimbursed for that damage (kindly waiving the deductible). At that point, I still thought the odor would soon dissipate, not realizing the extent to which it permeated my possessions. Also, I had not yet discovered a 2nd broken chair. And one does have 90 days to make a claim. I paid FR close to $6,000, with $3,000 of that for storage (described as 'climate controlled' on their website). Why not reimbursement of my storage costs instead of the $150 "courtesy" check? (Be aware: mid-way through, FR increased my monthly charge: I had no choice but to pay.)

Also, be aware that when you do cash a claim check, you are signing a legalistic statement releasing FR from any future claims/responsibilities.


MollieService cost: $3000

Jun 24, 2014

Long-distance move from New York to Ontario

Do not trust FlatRate

Avoid this company at all cost.  We hired FlatRate to move treasured family heirlooms.  When the shipment arrived, items were damaged and some were missing altogether.  Attempts to follow-up with the company regarding the missing and damaged items were more or less ignored until legal action was threatened.  Instead of trying to help us resolve the problems, FlatRate simply denied all responsibility.  FlatRate provided what was perhaps the worst moving experience of my life.  Shame of FlatRate for their abysmal performance and service.


Scott J.Service cost: $900

Nov 18, 2011

Local move within New York

destroyed my TV

FlatRate smashed my 50 inch plasma television during the move. Then they only offered to compensate me 60 cents per pound. That turned out to be $36 for a $2000 television. They also broke a lamp and showed up hours late. Do not use this company !

AliService cost: $8000

Feb 02, 2011

Long-distance move from New York to California

Flat Rate Move

I had previously heard good reviews for instate moves using flat rate. However, I used them for a cross state move and the experience was horrible. I had one stolen item (42" TV) and damaged items. When going through customer service to get this items reimbursed, they approved the claim, but never sent me my check. Horrible customer service and lack of professionalism.

karina berzins TRUST PILOT

Updated Oct 9, 2019

## Lots of damage due to careless packing/inexperience? They do not do condition reports and deny all wrongdoing

I was mislead by the good reviews online... turns out you are unable to leave negative feedback on a lot of these 'review' sites which explains why.

This company claims to be fixed rate fully insured. We were charged 3 times the quote and they refused to pay for damaged goods that were obviously broken due to extreme carelessness... one lamp worth $1000 was found smashed beyond repair after it had been 'packed' without blankets in a spare tyre, for example.

The company storing our container went out of their way to tell us how unprofessional they were at the depot, and how they didnt understand why they required two trips to move one container load of furniture.

They would not answer or return my calls when i declared the damage, then finally accused me of making it all up (!) because my parter had diligently paid their bill as soon as he received it.

Ive moved over ten times this decade and have never written an online complaint before but this was all beyond belief. Go elsewhere.

Keegan O'Brien TRUSTPILOT

Nov 15, 2018

# AVOID FLATRATE AT ALL COSTS

AVOID FLATRATE AT ALL COSTS. If you are considering a long-distance move, please look elsewhere. I have moved several times and this was the most frustrating and disappointing experience I have ever had. FlatRate lost 25% of my items (over 20 boxes and other items such as suitcases and a flat screen TV) on my move from NYC to Chicago. After a few days (and outside the window where our items were supposed to arrive) our belongings were no where to be found. Eventually, some items were found in Newark, NJ, hundreds of miles away from where they were supposed to be. Items arrived damaged and several items are still missing today over 3 months since we moved. My experience with their customer service, claims, and other departments was horrific. I rarely received responses, updates, and never received an apology. My wife and I were without essential kitchen and apartment items for weeks and because so many items were lost, had to go out and buy new items. FlatRate offered me $180 for the inconvenience even though the missing and damaged items replacement cost was over $5,000. What was more infuriating was that they seemed to be proud of this gesture and thought it would resolve the situation. What a joke! Please do yourself a favor and find another company.

In summary:
- They lost many items
- They damaged many items
- They didn't deliver items in the date range on the contract
- Their customer service and claims department rarely replied to my dozens of emails and calls

Hannah TRUSTPILOT

Feb 12, 2018

## A bunch of THIEVES!!

If I could give less I would. This company is a disaster!

They stole, smashed and misplaced over $10,000 worth of personal items, and after 6 months of trying to get this covered by their insurance which we purchased, they agreed to $800 for damages!
It's entirely outrageous!

If you treasure your belongings DO NOT HIRE FLATRATE!

In addition to this they charged more than $1000 fraudulently to the card on file with NO AUTHORIZATION.

The customer service in non-existing entirely!

I can not stress how bad this experience has been and there have been absolutely no communication - if you are missing or have broken items they'll just ignore you.

SAVE YOURSELF THE AGONY AND STEER CLEAR!

Horrible, horrible, horrible!

Le Anne Steinberg TRUSTPILOT

Feb 19, 2017

## Worst move ever

First, we had our stuff in storage in San Francisco and were told stuff would be picked up from storage on their state of the art trucks and moved by the same crew direct to our condo in DC. None of this was true. They picked up our stuff, put it in storage without our consent, and lost items. The goods were delivered in a old dirty Penske truck, which broke down in route. The crew had 1 exacts knife and had to borrow a cart from our condo to offload the furniture. They put things not in the room they belonged or were labeled but where ever was closest. Mattress was not in a mattress box, and arrived filthy with cover torn. When they assembled it they had lost the slats and didn't tighten the frame so me and my husband who is 96 ended up crashing to the floor in he middle of the night. They didn't protect the hardwood floors and did over $18,000 of damage. They left dining table with no legs, coffee table in pieces, priceless Italian lamp in pieces. Instead of making it right, they forced us to get a lawyer.

Greg Carter Gary Jaffe TRUSTPILOT

Dec 9, 2016

Verified order

## Hiring Flatrate Moving was a disaster

The movers were late. Brought no blankets to wrap furniture. Took 12 hours to complete the move. Multiple pieces of furniture, art and the new apartment were damaged. Disappeared with no communication. Employees at the office could not be reached ever. Foreman Anthony was combative and rude. Movers left trash in the hallways at both locations. Hiring this company was a huge mistake.

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 54 of 60

Mark F TRUSTPILOT

Oct 31, 2016

Verified order

## I'm not a valued customer.

I've used FlatRate for two moves and 21 months of storage, $6000. On my most recent move it was discovered that my wooden bedframe leg had been broken off the side rail. The Flatrate mover admitted that their prior crew did not disassemble or store the bedframe properly. Had it been fully disassembled nothing would have been broken. FlatRate insisted I am only entitled to $120 for a bedframe that will cost me $500 to replace. They said I chose inadequate insurance coverage. Insurance is for accidents, not incompetence! Why should I pay for your admitted incompetence?

Mollie M. TRUSTPILOT

Oct 1, 2016

Verified order

## Feeling disrespected and taken advantage of

Not every aspect of this move was bad, but after unpacking broken dishes and a completely broken record player, I have to say, I'm really disappointed. The two movers assigned to my move took an unreasonably long time, argued with one another the entire time about how to do things, and one of them hit on me throughout the move (while I was visibly stressed out and on edge). They packed up my plants, which I had asked them specifically not to do, except for one large aloe plant. When we arrived at my new place, I unpacked my aloe to find it almost completely out of its pot and many of its large leaves snapped off. When they saw how upset I was by this, one mover proceeded to go around my new apartment SHAKING boxes to determine where my other plants were. Once he identified them, he opened boxes to reveal that plants had been set down upside-down and were also completely out of their pots. As I watched him dump the dirt from the box back into the pot and all over my floor, the other mover handed me a paper to sign that everything was to my satisfaction. Stupidly, I signed, because I just wanted these guys out of my house. They left and came back because they had forgotten to unload 3 big mirrors from their truck and almost left with them. Finally, as I've been unpacking boxes over the course of the last month, I have unpacked broken dishes (which I inherited from my dead grandmother) and other containers just upside-down with their contents all over the inside of the box. I was setting up my record player today, finally settling in and feeling good about my new space, and opened the turn table to see that it is completely off kilter and the needle has been snapped clean off. I can't even find it. I'm so upset by this experience on principle, but the fact that I paid $1700 to have it is astounding. Never again. I suggest you steer clear or proceed with extreme caution.

Brett Wood TRUSTPILOT

Sep 23, 2016

Verified order

## everything BROKEN

First of all : The people you speak to on the phone treat you like you are an idiot , they don't listen when you give them your inventory list then they try to charge you more money when the truck gets there;;;;;; Should have been my first clue to call someone else , next the day my stuff gets to my new house the truck was to big to get down the driveway so they have to off load my stuff into a smaller truck , 2 hours later my stuff is back with broken boxes broken furniture IF YOU LIKE YOUR STUFF CALL SOMEONE ELSE

Kai Teoh TRUSTPILOT

Sep 4, 2016

Verified order

## Horrible service, broken items everywhere

DO NOT go with Flatrate. Their salesperson was fantastic when making a sale, promising that they'll pack my kitchenware and everything. They came and surveyed the apartment and gave me a great quote.

After I signed the move plan? I could never get ahold of the person again. It wasn't until two days before my schedule date (I've called, emailed, left voice mails, everything) that they tell me I need to add more to my plan and that the things I requested to be packed wasn't included.

Fine, the price increased by about a thousand dollars. I'll swallow it.

The delivery ended up 1.5 weeks late, so we were sleeping on the floor on in an empty apartment.

When they delivered, numerous items were damaged and broken. Things they packed. Boxes were smashed, our couch was damaged, our bed frames was roughly ripped apart (we could see they didn't unscrew everything) and the delivery staff said they weren't allowed to assemble some of our furniture either (we were promised they would).

Absolutely horrible experience. If you, like me, thought that "eh, it can't possibly happen to me," I'd caution you to think again. It was so stressful I probably would have been better off doing the move myself.

Emily Brehon TRUSTPILOT

Sep 3, 2016

Verified order

## Horrendous Experience with FlatRate Movers

I scheduled a move with Flat Rate and from the onset of the pickup things were broken, One of the movers while packing my furniture tried to lie and insinuate that the shelves he broke were broken when he picked them up. He didn't relaize I was watching when he dropped them both. Hwe was cursing and exhibiting anger because he was caught. after this when my things arrived in Florida so many things were destroyed and broken. It was as if they threw my boxes and furniture around. There was no other way the things that were crushed and broken could have been destroyed. after filing a claim Flat rate is sending me a check for $171.00 , to compensate me for a Dining Room Set which cost over $2000.00, dishes, a television stand numerous other things, an island . They have yet to send this check for having turned my life upside down. Everyone I know and everyone That I know that knows someone will be informed of the way that this company does business. I would not recommend this terrible unfair company move a line from one side of the street to another, thank you for absolutely nothing Flat Rate. I will never allow anyone to use your company again if I can help it.

Lynn Raynault TRUSTPILOT

Aug 30, 2016

Verified order

## Disgruntled movers

I had a great experience with the guy who booked my move, he was very accommodating. When the movers got there they couldn't be more unhappy and unhelpful. They constantly complained about how underpaid they are. They would not even help me drag my old mattress to the curb. I've moved many times and never had any movers not pitch in just a little extra help to earn a little extra tip but these guys seemed to take their tip for granted.

S Smith TRUSTPILOT

Aug 8, 2016

Verified order
## "Missing" and damages items

They are horrible! I contracted w/ them to move my belongings from one apartment to the next within the same city. Some how I'm "missing" a large ottoman (part of a set), a bookcase and a large pet cage. They also damaged my dining room table to the extend that the person they sent from All furniture Services said that even when they sand the table top the cuts are so deep that i would still feel them. All furniture Services went back to them and gave them an estimate of $1200. Now you'd think that they would pay for this and get me a check for the "missing" items...no they took the deductible and are trying to cut me a check that is less then the cost to repair my table and replace the "missing" items. How does this make sense? Why should I have to come out of pocket to fix or repair anything? I just spoke to someone in their claims department and she said that they aren't an insurance company and won't get money to replace or repair my items without additional cost to myself.

Per their email -The coverage you purchased is called Valuation Coverage which calls for repair before replacement and any item that cannot be repaired or lost/missing items can be replaced with an item of similar or like kind.

When I repeated this I was told that my $700 ottoman can be replaced with their $103 offer. Do they "know what similar and like kind" means?

I even reached out to Keith Snode (Vice President of sales and marketing) R. Andres Rabinovich (CFO of FlatRate Moving) and David Giampietro (COO and General Counsel at FlatRate Moving) via LinkedIn and none of them got back to me.

Don't use them EVER!!!!!!!

INDEX NO. 654823/2019

RECEIVED NYSCEF: 01/21/2020

Case 1:20-cv-01204-LGS  Document 1-3  Filed 02/11/20  Page 58 of 60

LF TRUSTPILOT

Aug 8, 2016

Verified order
# Would not use again

Inadequate number of movers for the job, "disappearance" of a queen size mattress, damaged items, and failure to fulfill contractual obligation to unpack boxes are just a few of the reasons I would not use this company again. Little to no attempt by the company to make the situation right IF you are able to reach customer service.

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 59 of 60

Michelle Spinale TRUSTPILOT

Jul 19, 2016

Verified order

## Will never use again or recommend to friends - horrible service all around

I recently moved from LA to NY and hired Flatrate with confidence that they lived up to their claim as being #1. My entire experience has been terrible and I deeply regret not going with a competitor.

LA based packers showed zero regard for my things and the foreman left the job for a personal emergency. Two very unqualified people did a terrible job packing, which resulted in significant damage to my things. They didn't even pack my TV's in special monitor boxes. Instead, they threw them into boxes with small pieces of furniture not properly protected.

Several of my wardrobe boxes arrived bashed in. My leather jackets, bags and shoes were thrown into boxes with heavy things on top which resulted in denting the leather. Coats were packed with cleaning supplies. Many of my pictures were placed in boxes without any wrapping paper so my custom framed art is damaged.

Three large pieces of furniture were severely scratched and ruined. My dressers were shipped full of clothes and arrived very dented, cracked and with 2 broken knobs. My entertainment armoire has deep scratches on the front and a broken bottom shelf. My oak kitchen table was scratched as well.

AND they lost a box/claim that it got left in LA. I've made 3 calls/3 emails to the lead long distance manager (Justin) in NY to get a status and he has not responded in 2 weeks. There was no coordination between the East/West Coast teams on my insurance, delivery date which Flatrate tried to change 2x in NY even though I paid $1,000 extra for guaranteed date. The NY crew then arrived 2 hours late. I will file my claim and expect them to stand by their brand promise and claim. The experience and customer service have been completely unacceptable.

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

Case 1:20-cv-01204-LGS   Document 1-3   Filed 02/11/20   Page 60 of 60

Robin TRUSTPILOT

Jun 14, 2016

Verified order

## Worst move ever

I have filed a long claim with FlatRate. But the short story is that they showed up late both days, did not unpack as we had paid for, lost the hardware to the baby crib which remained unassembled, broke some china, broke my desk, and left two large carts of items in our old apartment. It was a disaster.

Matt Ryan Christine Osekoski TRUSTPILOT

Jun 14, 2016

Verified order

## The single worst moving experience of my life.

Paid for packing and unpacking as well as for art and lamps to to "crated", nothing was done correctly resulting in broken RH floor lamp, broken glasses and clothes in piles at bottom of boxes.