Michael Rovin Eva Scroggins TRUSTPILOT

Updated Jun 7, 2016

Verified order

# Total RUINATION of ALL MY PROPERTY

My fiancee and I hired this company to relocate us from New York to New Orleans. We waited for weeks, being told that our truck was delayed, only to find out that the entire contents of that truck was destroyed in a fire. The company was withholding with information, not even saying whether we would receive a refund! Then we were given hope that some pieces had made it through the fire, and set up a "Facetime" appointment, only to be shown the most disgusting pile of sludge and rubbish-- The most INSENSITVE thing I've ever experienced!

The company conveniently never mentioned a "coverage" option ( they have emphasized over and over that it's NOT insurance!), but somehow we are only entitled to .60c per POUND. So our 15lb, $1500 TV is only worth $9, apparently. The same for our clothing and furniture, which clearly cost more and .60c /pound could ever cover.

To this date, we have been treated poorly, and no real sense of remorse or compassion has been displayed, and no effort has been made to comfort or appease this terrible wrong.

I would never, EVER use this company again, and have made a point of telling everyone so. No one should lose everything they have, in such a cold, insensitive manner.

S. Williams TRUSTPILOT

May 5, 2016

Verified order

# Broken boxes, broken items, loose items, missing items

I took my time researching moving companies and negotiating rates with the more reputable companies like Flatrate because I wanted a good moving experience but did not want to pay double or triple the rates I was getting elsewhere. I finally booked and may have well as gone with any old competitor for a cheaper rate because the quality was NOT what I was told I would get. Multiple boxes arrived torn up with room for smaller items to slip through the holes, 3 lamps that Flatrate packed were all damaged, random items were delivered loose (not in boxes, so who knows what happened to those boxes and the rest of items in them), and I am already missing multiple things. Not worth the premium if this is the service you get!

LRH TRUSTPILOT

Apr 27, 2016

Verified order

## do not use this moving company

I have moved approximately 8 times in the past using moving companies and FlatRate Moving is hands down the worst moving company I have ever hired. The movers did over $2000 worth of damage to my furniture, were dishonest when confronted with the fact that they damaged my furniture, and seemed deeply disturbed every time during the move when I questioned if they were exercising appropriate care in handling my belongings (and unfortunately, my questioning was well-placed as evidenced by the damage they caused). To make matters worse, it was not an especially cheap quote either. I would never, ever use this company or recommend this company.

Samuel Lee TRUSTPILOT

Apr 18, 2016

Verified order

## Terrible Move Experience -- Lost Many Items, Not Helpful in Locating and/or Facilitating a Claim

I have had a terrible experience with FlatRate. They lost ~30% of my belongings. Since that time, they have been unreachable. They are not responding to email or phone calls. I have tried following-up regarding the claims process and am not receiving the help I need to recover my items and/or collect the value of those items. I wouldn't recommend FlatRate. I would like immediate attention to my situation. Thank you for your help.

Victoria F TRUSTPILOT

Mar 29, 2016

Verified order

## Broke my bed and no customer service for two days!

My bed was incorrectly assembled by the movers and broke that night while it I was in it! It was missing several bolts and the slats were not screwed down properly. I called 6 times and got no help each time. Eventually someone told me it would be two days (Monday) before anyone would contact me. They just sent a claims form and that was it. Terrible service will never use again!

Jeff Reece TRUSTPILOT

Mar 12, 2016

Verified order

## Horrible Experience

Wrong building. No insurance. Ruined my morning. Left a bunch of stuff. Broke a lot of items. Very unprofessional.

Mc TRUSTPILOT

Nov 29, 2015

Verified order

## Sucks

Damaged my $6,200 bed. Does flat rate care? Uh, does not seem like it. I purchased extra insurance so why can't anyone even pretend to care?

Lise TRUSTPILOT

Nov 15, 2015

Verified order

## Polite and punctual but damaged all my things

I used Flatrate for my move from London to NYC back in 2014 and was very happy with them. When I moved internally within NYC I used them again. The crew was punctual and friendly, however, when I reviewed all the furniture there were scratches and/or dents on all items. Clearly, they had not taken enough precautions to protect the furniture. I was very disappointed and will never use them again.

Ken TRUSTPILOT

1 star: Bad

Oct 21, 2015

Verified order

The worst moving experience of all time

- Movers themselves were great as always

- A meaningful portion of our things were damaged in a flood in the warehouse, were broken separately, or simply never got delivered

- Claims and customer service were an absolute nightmare to deal with. They were rude, were uninformed or withheld critical information regarding our things, and then would not process our claim. No compensation or coverage was provided for what ultimately was tens of thousands in damages and months of delay. The claims process took so long that we ended up getting covered separately by our insurance.

- Will never move with flatrate again after this nightmare.

Robert TRUSTPILOT

Updated Oct 26, 2015

Verified order

## lousy movers

After I posted my review of this truly untrustwortHy company, just to prove my point, they responded that they would be in touch with me.
I HAVE OF COURSE NEVER HEARD FROM THEM AT ALL, NO PHONE CALL NO EMAIL NO NOTHING.
ANYONE DRAWN IN BY THEIR ARTIFICIALLY LOW RATE BEWARE. THEY OBVIOUSLY ACHIEVE THEIR CUT RATE QUOTES BY FAILING TO FULLY INFORM CLIENTS, AND NEVER INSURING ANY MOVE, THUS POCKETING MONEY THAT LEGIT COMPANIES PAY TO INSURE THEIR EMPLOYEES DON'T SMASH CLIENTS' BELONGINGS WITHOUT COMPENSATION TO THE CLIENTS FOR LOSS OR REPLACEMENT VALUE.
It further states right on their contract the legal requirement that they provide a detailed inventory marked with cost/ move estimate with valuations and insurance quotes for the property being moved.
This is not done either.
Move 735851
They were supposed to drop most of our stuff in storage on moving day in our storage room. They showed up and said they would not do so but would dump everything in their facility. They crammed our stuff in too small a space resulting in crushed boxes broken ceramic pieces and a cracked 60 inch plasma tv screen.
I will specifically note that I refused on every occasion to sign their " inventory" list and was told by their rep that doing so would make clear that I was requesting specific value insurance no matter what their form said.
No one in their right mind agrees to let a mover handle all their valuable property, and tells that mover," you know what skip the insurance. Smash and crush our stuff as much as you want. I ll cover your negligence myself. "
They further failed to insure our property as requested, denied liability and offered $120 dollars as settlement. We are disputing the credit card charge and considering legal action.
Watch out for these guys who answer everything " no problem" then do not perform as agreed.

Allie Russo TRUSTPILOT

Updated Oct 20, 2015

Verified order
# HORRIBLE CUSTOMER SERVICE

Everything seemed to be going perfectly.
I had them come move my stuff into storage, and then move it from storage to my new apartment a few weeks later.
When they moved me in, all seemed good, but shortly after, my bed collapsed.
I had the professional who built the bed for me come in and take a look and i was told that the movers disassembled it incorrectly and lost a bunch of pieces, including some screws and panels that weren't replaceable.
I reached out for compensation, and all i was awarded was $75.

MY BED WAS BRAND NEW AND COST ME $1000
THE MOVE ALONE COST ME OVER $1500
TOTAL $2500 I SPENT FOR A BROKEN BED THAT I NOW NEED TO PAY
SOMEONE TO FIX OR PAY TO BUY A NEW ONE

i will NEVER use this horrible moving company again,
What a horrible taste in my mouth.

DONT USE THEM. INSURANCE ON YOUR PROPERTY IS PRICELESS.

INDEX NO. 654823/2019

Case 1:20-cv-01204-LGS   Document 1-4   Filed 02/11/20   Page 7 of 35

RECEIVED NYSCEF: 01/21/2020

David TRUSTPILOT

Updated Nov 10, 2015

Verified order

# FlatRate Moving is the worse moving company.

Move number 707496. This move went horribly wrong. For long distance moves, they outsource the delivery, which obviously leads to zero accountability or care in your belongings. They forgot half of shipment on the truck, which I had to wait two more weeks to get. There was probably $10,000 in damages to my stuff, for which they gave me $300 for compensation. The movers stripped the screws putting back together my TV stand. They broke the bed frame trying to drag it across the bedroom floor. As the movers were leaving, they left all the boxes in the neighbors yard, which I got in trouble for. Flat rate is just like any other moving company: unreliable, useless, zero care in your stuff, and extremely expensive. I would NOT recommend them at all.

Just wondering if you also outsource your customer service? Since your response on October 20th that you would reach out to me, I have received no contact from you. No surprising though. I'm sure you wanted to leave a "we care" message on the review site, but in reality care little about your customers. Just another example of how you under-perform and over-promise.

Mem TRUSTPILOT

Oct 20, 2015

Verified order

# Unacceptable

The sales rep was very nice and helpful. Unfortunately, my experience from therewas dissappointing and unacceptable. I hired the most expensive service and all of my most expensive and important pieces of furniture were ALL damaged.
It was a big move and by the end of the day the movers didn't care any more. A slide that my baby girl was going to use was not assembled correctly and the foreman was annoyed when I pointed it out.
I don't think I will hire them again.



**RATED**
**11/10/2017 ANGIE'S LIST**

This was the worst moving experience of our lives, and we're afraid the review below will not do our nightmare justice. However, we cannot let another person or family use them without knowing of what we experienced: non-responsive customer service, shoddy packing, late delivery, and numerous broken items. The reason we chose FlatRate Moving was because of the reviews and they were referred by another moving company. Let me also say, the initial call to discuss our family's needs was professional and thorough, and I felt good about their communication. That would be the beginning and end of any positive experiences with FlatRate. Delayed delivery: Our nightmare began as soon as our items were packed up from the home we were leaving. We confirmed a delivery window of 7/7-7/16, and we had to be available within 24 hours (in a long distance move) which we confirmed we would, and made ourselves flexible. I called the long distance moving line and spoke with an operator on 7/5 to see if they had any idea to when it would be delivered, and they told me "definitely at the end of the window but to call back in a few days with more of an update." I called on 7/9 and the operator said the exact same thing. I continued to call every 1 to 2 days only to receive the same answer. They also said I would receive an email 4 days out with a status update, and that never happened. On Saturday, July 15th I made yet another call (without one form of communication from anyone) to an operator who told me "your things will definitely not be there by tomorrow, the last day of your window, and because it is Saturday I do not have any further information for you." I will have someone call you first thing Monday morning. We moved from CA to DC, and because of this delay, we had to get a hotel room for 2 additional nights. Let me reiterate, I never received ANY form of communication regarding this delay or an update for that matter. On Monday morning I received a call from Adam who called himself our moving manager. I was never told we had a moving manager named Adam, nor had Adam ever reached out to me. Adam said our moving truck would be there the following day, 7/18 at 8am. I expressed my frustrations with Adam, and he told me he would tell someone "who could compensate for my frustrations and hotel nights" and have them call me. A follow-up call promised all expenses would be covered. Broken contract: The following day, our movers arrived on time and were very nice -- but we later learned they were wholly disconnected from FlatRate; FlatRate hires local movers to move you out -- a driver to move your stuff -- and local movers at your destination to unpack you. However, halfway through the day, they told me they were not being paid by FlatRate to unpack us. We had no idea this was the case, and per the contract sent to us, it included unpacking. Also, the home we left was 100% packed up by the moving team. The contract also said that they would dispose of all boxes. they didn't and we were left with 25+ unpacked boxes. The contract also said they would put all items in the correct rooms. The problem with that is that the original movers had mislabeled most boxes and did not organize the items (i.e. glassware with baby blankets and computer screens with clothing.) It was a mess, and there was no way for the movers to put boxes in correct rooms. At the end of the move in, the main mover said to me, "sorry for the mess, but this is not our fault." Destruction of items: The other big issue, were the items destroyed during the move. When they packed us, there were several items that were very fragile, and they put them in special crates. One of these

items was the marble top to our dining room table. When the movers were delivering this, they pulled it out of the crate and it was cracked down the entire middle. Shelving, a dresser and many other items were also damaged. We are currently in the process of filing a claim for this. Lastly, I called Adam and the claims department several times throughout our move in day. I was in tears asking to speak with anyone who could offer me some help through the process. I was even willing to pay the contract movers to have them stay and unpack. Finally, the COO David Giampietro, called me back. I went through everything with him. He asked me what he could do to help. I asked him if he could send someone over to pick up the 25+ boxes that I was going to have to empty. He said they don't offer this. I asked him if there were more movers to come back and help, and he said if we were in NYC he could but not in DC. I was at a loss. He told me he would call me back the following day to let me know if he had any movers he could have come by. Despite several calls a week to David I have yet to hear back. Don't be fooled by the name, FlatRate, the true cost is too much time, too much money, and unnecessary tears.

**DESCRIPTION OF WORK**
Long-distance move
**CATEGORY** Moving Companies

**COST** $10,000

**SERVICES PERFORMED?** Yes

**WORK COMPLETED ON** 07/31/2017

1/8/2017 ANGIE'S LIST

Exteremely traumatic experience. Had over $10k in damages to art, a completely broken console table, a damaged chair arm, number of broken glasses and dishes, nicks and scratches to furniture. Movers missed the move date by 2 days and when it arrived 15 items were missing. They were scheduled to be delivered a month later. Flat Rate did only compensated me a couple thousand for the damages (even though I paid for the extra insurance) because i did not itemize properly all the valuable items. The customer service rep was combative and was not fazed at all when i threatened to take legal action. l strongly advise against using them.

Description of work:

Cross country move from NY to SF.

9/25/2016

Horribly. They broke items as well as sawed in half a Florence Knoll sofa ruining it and refused to compensate more than 200.00 which I never cashed. cut a sofa in half rather than try and fit it through a door

Description of work:

moving my furniture

7/13/2016

Description of work:

Movers in New York didn't pack items correctly. We have several pieces of damaged and broken furniture. Movers in Denver were outrageously unprofessional, unprepared and unskiled. We paid for our things to be unpacked. They refused. We paid for the movers to set up our beds and cribs and reassemble furniture. They refused. We paid for them to hang out TVs. They refused. Our freshly painted walls are dinged and scuffed in every room. My husband caught someone opening a package with out chef knives. The foreman called the police because he felt threatened by one of the movers who accosted him to sign a form saying the job was complete given that it wasn't. This experience was a complete disaster and extremely emotional taxing for my family. To make it worse, FlatRate has been *completely* unresponsive to our complaints and has yet to compensate us for this abysmal performance. | |Please, do not use this company.

INDEX NO. 654823/2019

RECEIVED NYSCEF: 01/21/2020

11/16/2015

Description of work:

Moved from one apartment to another. Horrible job, damaged most if the furniture. Some chips, completely destroyed a bed and instead if admitting it they propped it up against a wall. Later when we sat on it it almost collapsed. Legs were crooked. Frame ripped off from headboard. |Totally unprofessional. After complaint they didn't even apologize or refund, told us to file a claim.

Case 1:20-cv-01204-LGS   Document 1-4   Filed 02/11/20   Page 12 of 35

10/21/2015

They lost items on both legs of the move. I have filed a couple of missing
items with this company and not received near their worth back. One item
was a very expensive lamp of which only the shade arrived worth $5,000
which I have documented from the store I purchased it from. They
acknowledged this information but explained they cover their losses by the
pound and only paid me back $1,100 which included the cost of a printer
they also lost. Another item they lost was a L?ger lithograph which is one of
only 300 in the world. Of the items shipped to my daughter a box filled with
linens, duvet covers, pillows, stuffed animals from when she was a baby,
tablecloths etc. added up to a value of ~$500. They only reimbursed me
for $150. I sent her a dining table which they took apart to ship, but when it
got the destination I had to hire someone separately to put it back
together. They said they couldn't do it. It was nothing complicated. I could
never get someone on the phone to actually deal with these issues. I really
wanted them to look for the items. This is one of those deals with a very
slick estimator who comes to look at the work, but disappears after the job
and can never be reached.

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

8/27/2015

It was horrendous. They broke a piece of furniture and refused to fix it. They gave me the run around and never responded to me. They dragged it on and dragged it on. I just let it go. They should be ashamed of themselves. The customer service is horrible. They came, moved the furniture and had little regard for the value of the furniture. They broke the leg and did not even attempt to fix it. They did not attempt to respond to my call. They did not attempt to make it right or to reimburse me. They did nothing.

8/20/2015

Description of work:

PAY CAREFUL ATTENTION TO USING FLATRATE FOR INTERSTATE MOVES, AND TO THE RISK OF NOT BEING COMPENSATED FOR DAMAGE OR LOSS. This was an interstate move where almost all of the items they packed (crystal etc) were 'lost'. [the coincidence of 'loosing' my most valuable items, especially because they were aware of them in that they packed them, was astonishing to me] They left a drawer of silver still in the old location that I was lucky enough to retrieve, even though they had been hired to pack it. They packed silk drapery using tape wrapped around the silk. Almost every Garment box (all of which they packed)was delivered crushed. Two movers showed up on the truck at delivery, one (a woman, representing herself to be the wife of the driver) wearing open toe flip flop type shoes, advising me that she physically really couldn't lift things, and her husband/driver who was incapable of doing the move alone. She then "hired" two 'local' men who showed no evidence they were professional (or even unprofessional) movers (I have a photo of one dragging a piece of furniture across the front door, and leaving furniture uncovered in the rain in the driveway) and it was suggested to me that they came from some kind of local work center. By way of example only, the beds were not put back together, a credenza was left propped up on a dog bed because they didn't put the legs back on. There was also extensive damage to my home including newly finished floors scratched (even though I asked repeatedly they did not put any protection on the floors) and newly painted walls damaged. Other items were damaged or broken beyond repair, including a mirror in a crate I paid for them to build. I paid for the increased valuation coverage, including for the missing items (i.e. crystal) and yet - by way of example, they offered out approximately $3 per Baccarat Crystal glass missing - and when questioned concerning how they arrived at that ridiculously low figure, they declined to tell me other than stating it was the price of a 'comparable' glass. A multi thousand dollar sofa that was part of a set and which was damaged to the point that THE estimator that FlatRate asked that I hire to do an inspection stated it needed to be replaced, and the fact that it was a set should be factored in, was

given a 'claim value' by FlatRate of $400 +/-. When I asked the basis of this 'value' FlatRate stated that was the cost of a 'comparable sofa' from Home Depot (!!!) I attempted to speak with their legal department and received NO reply AT ALL, I sent Legal a claim letter and got no answer, and I asked to speak with a supervisor or manager and was told to communicate to Info@ . I

7/29/2014

Description of work:

They went wrong in so many ways. Two of the men packing didn't speak English and since I lived in a duplex, one person couldn't be watching all three of them at the same time. Despite the "moving plan" in writing and my re-going over everything for the onsite man in charge, the other two didn't get the messages from him in their native tongue apparently. Not only did they bring things they weren't supposed to (like cable boxes, actual WOOD SHELVES from the closet!) but they forgot things they should have (bakers rack, everything under the sink in the bathroom!). Despite being reassured by the salesperson that they knew how and were qualified to take apart a sleepnumber bed (in this case, a king sized, adjustable base - exceptionally expensive bed) they apparently folded the thing in half, failed to wrap it properly and it arrived ripped apart, exposed and with a nasty dirt stripe down the side. Additionally, the men arriving on the scene (the head one delivering - which was not the ones who packed) told me that when he saw the bed in the storage facility, he spoke to HIS supervisor about it because he knew it was ruined, and his supervisor told him to "go ahead and deliver it! They also broke apart my daughter's bunk bed, breaking wood pieces and connectors, also ruining THAT. They scratched up a design within reach coffee table and my headboard was also exposed (not wrapped properly) and DIRTY. Art work was randomly thrown into boxes with other belongings as well. Additionally, I paid extra to have them take down the TV hanging on the wall and to reinstall it in my new home. The delivering crew had no idea that was EVEN AN OPTION! I showed them the "moving plan" that came from Flat rate and they were confused. They broke a floor steamer and decided to throw my shoes on the bottom of hanging clothes box. Since they did not tape the box

properly, the dresses were crumpled on the bottom the box with my shoes - so now all of the clothes arrived wrinkled and smelling like feet. They also taped right onto my daughter's Way Basics colored bookcase. Removing the tape removed the colored veneer - thus ruining that as well. All in all, monkeys could have done better. Since I didn't purchase their optional insurance, they only have to pay 60 cents a pound and decided that the weight totaled a claim of only $300 - less $$ than I gave the various men for tips!!! NEVER USE FLAT RATE!

7/30/2012

I hired Flat Rate to pack and move half my belongings from Manhattan to Queens, and the other half into storage for a year. I just (7/30/12) had them move my storage items to Queens. The agent convinced me to pay $1200 extra for "Elite Service" which includes having a manager on site,a photo inventory of  items in each box, special shoe boxes, an IT speciailist , as well as setting up TVs and electronics at the destination. They did not arrive on packing day at 9 am. After I called they apologized and sent a crew at one. No manager, no photos, no IT. Then at three, a different crew arrived and replaced them. They wanted to stop at 5 and I made them stay until they were done.Yet another crew arrived the following day and loaded one truck for storage and one to Queens. They put everything in the house and left. I had to call to get them to return to unpack the electronics and tvs. I challenged the final bill because I had not received the "Elite Services" and after many weeks of discussion, they gave me about $300 back. The storage items were delivered yesterday and I have about 120 boxes which are labeled with only the word "Storage". No room, no description. Just "storage." They also charged me $2750 to simply deliver the items from the truck to the house and stack them. But they required I pay the "Elite Services" price. Now they are billing me $750 for an extra month's storage because it went in on the 29th of a month and left on the 30th.

INDEX NO. 654823/2019

RECEIVED NYSCEF: 01/21/2020

2/12/2012

They were horrible.  We would not recommend them to anyone.  It was a nightmare.  We didn't have a lot of stuff to move over, it was a small move.  The quality of their work was horrible.  They damaged so many little things that I had.  There was some damage to my brand new refrigerator and they spray painted it, tried to cover it up.  They didn't want to give us money to cover the cost of the refrigerator.  It was really bad.  They didn't give us anything and it was a really bad experience.  This is the first time we are hiring a professional local service.  If we move things our self, we wouldn't do so bad.

## PLAINTIFFS EXHIBIT B

**PLAINTIFFS' EXHIBIT B**

**DATE**                **FLATRATE EMPLOYEE COMPLAINTS EXCERPT  - DIRECT QUOTATIONS**

| DATE | |
|------|------|
| 12/7/2015 | "Modern Day Sweatshop. The lack of pay, respect and quality of life." |
| 1/28/2016 | "Draining and unreliable. Company does not appreciate hard work and is willing to replace any worker at anytime for any reason…" |
| 6/7/2016 | "Worse place to work ever. Never experience a worse workplace and environment." |
| 1/2/2018 | "Flatrate was a very stressful company to work for. There was always a fear of losing your job at any given time." |
| 7/13/2017 | "Do not work here. I would highly suggest that you do not! This company has a lot of issues, this is not a company you can grow at. There are no perks to working here everything about the company is bad." |
| 7/10/2017 | "Stay away, far far away! It's a revolving door company… The management is terruble, it's basically a dictatorship…" |
| 1/11/2017 | "The place was rife with unscrupulous sales tactics, managemen was non existant, the only emplasis was to get paid and deal with problems later." |
| 3/4/2019 | "You can do better for yourself. Clients are always scammed!!!!" |
| 7/6/2018 | "They take advantage of minimum wage workers and make millions at the same time. Its absurd." |
| 5/9/2018 | "Worst job I ever had. I saw many good workers either quitting or getting fired for little to no reason." |
| 12/28/2019 | "A terrible company to work for. Employees are treated like slaves… This company is getting away with slavery. They treat people like animals." |
| 8/22/2014 | "Not a good company to work for. Horrible management." |
| 7/3/2015 | "Horrible. Upper management is horrible and arrogant…pay is the worse." |
| 5/15/2015 | "My integrity is not for sale. **Flatrate moving in New York City requires its employees to lie to the moving public. My managers would create lies for me to relay to the clients when we would not deliver as promised.**" |
| 4/8/2016 | "…this company doesn't care about employees its sad how they treat everyone." |
| 1/29/2017 | "Under Staffed too often. **The quality care for customers belonging must improve** - No sustainable effort from other workers." |
| 11/18/2016 | "This place is truly a disaster. This is a revolving door operation." |
| 5/23/2019 | "Toxic Work Environment. Unhealthy behavior, yelling and bullying is allowed in the office…" |
| 8/13/2019 | "Not for everyone. Very poor communication from management. Low pay poor benefits **Quick fire culture**." |

**Modern Day Sweatshop INDEED.COM**
Sales (Current Employee) - New York, NY - December 7, 2015
They do a great job at making you think you're going to be working for a hip, low-key, fast
paced, modern company when the fact is you're going to be working 60+ hour, 6 day
weeks, and all holidays. You will be paid 2 degrees above minimum wage and when you
ask for a raise, they will replace you in a matter of days. The turn-around at FlatRate is
unlike anything I have ever seen. You cannot find anyone who is not an executive who has
been there longer than 1 year. They expect you to provide ivy-league results while paying
you a McDonalds salary.
**Pros**
You can come and go as you please, but that's because youre paid strictly on commisions. Legally,
they cant require you to stay in the building.
**Cons**
The lack of pay, respect, and quality of life.


**draining and unrealiable INDEED.COM**
Sales Consultant (Current Employee) - New York, NY - January 28, 2016
its a revolving door. company does not appreciate hard work and is willing to replace any
worker at anytime for any reason. was there for year and made $750,000 in sales and did
not receive one promotion.


**Worse place to work ever INDEED.COM**
Foreman/Driver (Former Employee) - Bronx, NY - June 7, 2016
Never experience a worse workplace and environment. They management try to get the
more out of you with out consideration. In summer and spring they would request you to
stay or work late at night without compensation.
The hardest part of the job is that every day they have no work they will either send you
home and pay you 4 hrs or keep you doing cleaning.
**Cons**
Lower Commission out of all moving comp, Don't pay overtime


**Flatrate INDEED.COM**
Dispatcher/Administrative Assistant (Former Employee) - Bronx, NY - January 2, 2018
Flatrate was a very stressful company to work for. There was always a fear of losing your
job at any given time, Compensation was very low and the work load was overwhelming.


**Do not work here INDEED.COM**
Sales (Former Employee) - New York, NY - July 13, 2017
I would highly suggest that you do not! This company has a lot of issues, this is not a
company you can grow at. There are no perks to working here everything about the
company is bad.
**Pros**
I cannot think of any.
**Cons**
Management is terrible, they favorite certain people, there is no growth and pay sucks.

Case 1:20-cv-01204-LGS   Document 1-4   Filed 02/11/20   Page 21 of 35

**Stay away, far far away! INDEED.COM**
<u>Stacker/LD Supervisor</u> (Former Employee) - <u>Newark, New Jersey</u> - July 10, 2017
I was a stacker/supervisor in the Newark NJ facility for 3 and a half years there, I asked for
a raise because I felt I deserved it, less than a week later I was let go due to a
,"technicality". This is the way the management works, they hire you for minimum wage
during peak season and the let go of the people that have been there with experience and
have had raises already. It's a revolving door company, every couple of months they hire
new employees because this is a company that can't keep good employees. The
management is terrible, it's basically a dictatorship, just do and don't ask questions. Also a
lot of times they don't even follow their own policies. If your looking to expand in your work
environment, please don't work for flat rate, they will rip you off, and then laugh as they
send you on your way.
**Pros**
Had some great hard working co-workers
**Cons**
Management is terrible, you will get treated like a robot, not like a human being.


**Not a good work life balance INDEED.COM**
<u>Warehouse Manager</u> (Former Employee) - <u>Vernon, CA</u> - January 11, 2017
The place was rife with unscrupulous sales tactics, management was non existent, the only
emphasis was to get paid and deal with problems later.
**They were also many customer complaints, much due to the low quality of movers
they hired as sub-contractors, so much so that they had no actual full time movers
in their employ, everything was done through sub- contractors or day laborers, all
so that they wouldn't be responsible for employee benefits of which those who
worked in the office had little to be satisfied with, so many people would come a go
every few months.**
Even their suppliers complained about the bills that they either paid so late that they had no
real business account and reliability and good standing.
**Pros**
good place for Serbian and Israel immigrants to make a living off the books for the summer
**Cons**
No employee benefits, No upward advancement, Poor work life Balance.


**You can do better for yourself INDEED.COM**
<u>Supervisor</u> (Former Employee) - <u>Newark, NJ</u> - March 4, 2019
Nepotism and favoritism are the norm at the NJ warehouse. Its run like a high school
cafeteria not a place of business. **Clients are always scammed!!!!**
**Pros**
Hourly pay. Weekly checks.
**Cons**
Unequal work load. Unfair wages. Toxic work environment.

**Many "errors" in payroll. Low gratitude high demand. INDEED.COM**
<u>Mover/Driver</u> (Current Employee) - <u>Bronx NY</u> - July 6, 2018
Its been good and bad. They cant pay you properly though. So many mistakes in THEIR favor with everything from sick days to lost tips to entire working days unaccounted for.

It is statistically impossible to have this many mistakes and for ALL of them to be in their favor.

They will never pay you even 5 dollars more by accident. They WILL lose hundreds of dollars or dozens of hours "by accident" on your check.

Then they make fixing the problem YOUR issue. Payroll department is like God on the second floor. You cant approach them so they can FIX their constant errors.

Its a scam in that sense.

**They take advantage of minimum wage workers and make millions at the same time. Its absurd.**
**Pros**
Moving job pros.
**Cons**
Work for free or fight like you stole your fair compensation

**Worst job I ever had INDEED.COM**
<u>Dispatch Supervisor</u> (Former Employee) - <u>Pico Rivera, CA</u> - May 9, 2018
I always advance in my work positions, but this company did not like to see hard workers. Seemed like if you work well you were briefly getting write ups. **I saw many good workers either quiting or getting fired for little to no reason.**
**Pros**
None
**Cons**
No benefits, low wages, and no incentives.

**A terrible company to work for. INDEED.COM**
<u>Truck Driver</u> (Former Employee) - <u>Bronx, NY</u> - December 28, 2019
**Employees are treated like slaves**. There is no order. Your checks will never be correct. **This company is getting away with slavery. They treat people like animals**

**I don't recommend to anyone INDEED.COM**
<u>Move Coordinator</u> (Former Employee) - <u>Bronx, NY</u> - December 19, 2019
Good employees are not valued, nepotism is a big problem. All these effects the organizational culture and moral.
Company does not even have an organizational chart, who reports to who and who does what is a mystery. Once in a life time work experience.

August 22, 2014 GLASSDOOR.COM



# "Not a good company to work for"

Former Employee - Confirmations in New York, NY
Doesn't Recommend

I worked at FlatRate Moving full-time for less than a year

**Pros**

there is nothing good about this company

**Cons**

doesn't pay much straight commission for sales people horrible management

September 4, 2014 GLASSDOOR.COM



# "Poorly run company"

Former Employee - Relocation Consultant in New York, NY

I worked at FlatRate Moving full-time for more than a year

### Pros

There are some decent people who work there. A decent job for a college student just starting out for some sales experience.

### Cons

Huge turnover as they make it difficult for you to actually make a commission. obvious favoritism towards senior agents. No respect for new agents. Dishonest on all levels.

### Advice to Management

I don't think the owners of this company have any idea how poorly the management is running the day to day operations as they have no involvement and may be unaware of the insane politics. Treat your employees better and maybe they would stay. Hire more experienced management.

September 13, 2015 GLASSDOOR.COM



# "We Move U"

Current Employee- Anonymous Employee
Doesn't Recommend
Negative Outlook
Disapproves of CEO

I have been working at FlatRate Moving full-time

**Pros**

When they pay attention to details, you'll get great service, and a positive experience.

**Cons**

More often than not, you will get the runaround, spending wasted time trying to get an honest answer, you will find that the term "Customer Come Firs" is about as true as the Easter Bunny, pay attention to your details, know exactly what you have, names of the people doing your actual move, they may not be directly employed by the company you hired and they must tell you that up front to avoid any legal issue, even...

Show More

**Advice to Management**

Hire better movers, and sales staff, repeat clients and word of mouth will only do so much

July 3, 2015 GLASSDOOR.COM



## "Horrible"

Former Employee – Anonymous Employee
Doesn't Recommend

I worked at FlatRate Moving full-time

**Pros**

I'm ashamed to say I can't think of any pros

**Cons**

Schedule is inconsistent... Upper management is horrible and arrogant...pay is the worse

May 15, 2015 GLASSDOOR.COM



## "My integrity is not for sale."

Former Employee – Anonymous Employee
Doesn't Recommend
Negative Outlook
Disapproves of CEO

I worked at FlatRate Moving full-time

**Pros**

**Flatrate moving in New York City requires its employees to lie to the moving public. My manager would create lies for me to relay to the clients when we would not deliver as promised.**

Cons

When I questioned why are we lying or needed clarification on how best to navigate through the lies being told, I would face resistance. The entire long distance team turned against me. I have a moral compass and most there don't.

**Advice to Management**

Employee - client relationships should be based on an honor system.

April 8, 2016 GLASSDOOR.COM



## "shift supervisor"

Shift supervisor in Newark, NJ
Doesn't Recommend
Negative Outlook

I worked at FlatRate Moving

**Pros**

None this company doesn't care about employees its sad how they treat everyone

Cons

offer sheet says up to 5000 annual bonus paid quarterly based on performance but never received full amount and never saw a score/rating card on why I didn't get full amount then they don't give when you should receive you have to beg for it

**Advice to Management**

Get help

INDEX NO. 654823/2019
Case 1:20-cv-01204-LGS    Document 1-4    Filed 02/11/20    Page 28 of 35
RECEIVED NYSCEF: 01/21/2020

January 20, 2016 GLASSDOOR.COM



## "Where Do I start..?"

Former Employee - Anonymous Employee
Doesn't Recommend
Neutral Outlook
Disapproves of CEO

I worked at FlatRate Moving full-time for more than a year

**Pros**

Great co-workers, and free Thursday breakfast.

**Cons**

Well they do not pay-out as promised. I know I heard it from before when I joined the company, but they will show you numbers (potential money) to motivate you and don't pay out. They will come up with phony reasons on why you did not meet potential. Very sad after you get your hopes up to exceed the expectations. As a beginner entry level is goo but don't bother if you are use to corporate set straight scenario......

Show More

**Advice to Management**

Pay your employees what they deserve and stop cutting them short. Do not make promises you cannot keep. And lastly stop the scorecards crap because it obviously not working in anyones favor

January 29, 2017 GLASSDOOR.COM



## "Inventory Taker"

Current Employee - Inventory Specialist in Newark, NJ
Neutral Outlook
No opinion of CEO

I have been working at FlatRate Moving full-time for less than a year

**Pros**

- Meet great customer - Receiving donation from customers

**Cons**

- No Set Schedule - Under Staffed too often **- The quality care for customers belonging must improve** - No sustainable effort from other workers

November 18, 2016 GLASSDOOR.COM



# "The truth is in the pudding"

Current Employee- Anonymous Employee
Doesn't Recommend
Neutral Outlook
Disapproves of CEO

I have been working at FlatRate Moving full-time

**Pros**

The only pros are that for the most part your peers (co sales people) are good people and fun and nice to get along with.

**Cons**

Where to begin. This place is truly a disaster. If it weren't for the fact that this company got lucky in securing its name and domain name this place would be in shambles. There is 0 consistency and that begins from the very top. Direction is lacking, cross departments don't care, ownership doesn't value it's employees, what once were normal perks is now a faded memory of the past, you'll get thrown under a bus if...

Show More

**Advice to Management**

There is no advice. This is a revolving door operation. Whatever is said goes in one ear and out the other. In the end of the day the owner only cares about his profit and will overlook the well being of those that achieve it for him. It's all smoking mirrors. The company talks a big game of how it recognizes the problems and doing everything possible to correct is but in the end of the day those who have been here long enough know what's real and have come to accept the fact that the environment will never change. Business is business, ownership will do what's best for their pockets and no one else. This is the first review I've

INDEX NO. 654823/2019
RECEIVED NYSCEF: 01/21/2020

never written about anything in my life but I've come to the point where I just need to vent and speak the truth. There's only so much I can yap my coworkers ear's off, it's all we seem to be talking about nowadays. The only reason that I'm still here is because I've been doing this long enough and though the pay could be better it alright for me. But for those thinking about joining this company you got no future. Save yourself the 2 months it'll take for you to either quit or get fired and look elsewhere.

May 23, 2019 GLASSDOOR.COM



# "Toxic Work Environment"

Former Employee - Lead Specialist in New York, NY
Doesn't Recommend

I worked at FlatRate Moving full-time for less than a year

**Pros**

Some individuals were nice.

**Cons**

There was an environment where you couldn't make a mistake because blame would be the first course of action from management- even during the 'training' period. The training period, was horrible as, the supervisors were simultaneously working and trying to earn commission obviously while trying to show new hires the system used to generate leads. Which of course is stressful for them and for new hires, and doesn't make learning easy. You are 'in the draw' for commission fairly early ( after four weeks) so depending on your ability to grasp the system ( while still training!) you may end up owing FlatRate as they will pay you approx. $500 no matter what. Unhealthy behavior,yelling and bullying is allowed in the office, and people walk around with unchecked big egos. Team: fighting over leads, supervisors not able to help their staff because of management that would probably punish them too for doing so, people barely want to take lunch to avoid losing commission, long hours, I could go on...

Show Less

**Advice to Management**

Start some basic work creating a respectful work environment where professionalism is encouraged rather than punished.

November 26, 2019 GLASSDOOR.COM



# "Poor Communication, Worse Pay"

Current Employee - Relocation Consultant in New York, NY
Doesn't Recommend
Positive Outlook
Disapproves of CEO

I have been working at FlatRate Moving full-time for less than a year

**Pros**

General good will between coworkers. Sales managers try to be flexible with schedule.

**Cons**

Work weekends when not told until hire date. Work ALL holidays. They are never closed. Upper managers/owners do not care about their employees. Draw pay is ridiculous. You will actually owe the company money for being there. No company subsidized insurance, premiums are 100% out of pocket. Terrible benefits. Jewish employees get all Jewish holidays off. Everyone else has to work.

**Advice to Management**

Put your employees first. Offer better benefits. Offer a better pay structure. Stop penalizing employees who work extra. Try open and honest communication.

August 13, 2019 GLASSDOOR.COM



## "Not for everyone"

Former Employee - Business Development Associate in New York, NY
Doesn't Recommend
Neutral Outlook
No opinion of CEO

I worked at FlatRate Moving full-time for less than a year

**Pros**

Nice office setup Breakfast on Thursdays

**Cons**

Very poor communication from management Low pay poor benefits Quick-fire culture

INDEX NO. 654823/2019
Case 1:20-cv-01204-LGS    Document 1-4    Filed 02/11/20    Page 35 of 35
RECEIVED NYSCEF: 01/21/2020

August 4, 2019 GLASSDOOR.COM



# "Reality differs from planted reviews."

Former Employee - Driver Foreman in Bronx, NY
Doesn't Recommend
Neutral Outlook
Disapproves of CEO

I worked at FlatRate Moving full-time for more than a year

### Pros

Flatrate has a big enough budget to plant fake reviews about itself though it cant afford to pay its NY employees for ALL hours worked or commissions earned. Office is so disconnected from reailty that they genuinly avoid even basic human contact with their earners. Great environment for other species like dogs or insect like drones. Fake, dishonest, and not loyal to their community that they explpoit with foul business practices. Awesome for money hungry scum bags.

Show Less

### Cons

None. They will just flood this with fake reviews anyways. Literally hundreds of former employees I meet in the industry daily are all liars.

### Advice to Management

None. You think you are doing great even though you just had a massive layoff in NY and hired all new people. So stable. Profits might be consistant. Thats all that matters right?