UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   ABBAS SHAH, et al.,

                             Plaintiffs,

               -against-

   FLAT RATE MOVINGERS LTD., et al.,

                           Defendants.
------------------------------------------------------------- X

20 Civ. 1204 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to this Court's Order at Dkt. No. 17, the parties were directed to file a joint status letter on July 27, 2020;

WHEREAS, no joint letter was filed.  It is hereby

**ORDERED** that, by **July 31, 2020**, the parties shall file the joint status letter.

Dated: July 28, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**