UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ABBAS SHAH, et al.,                                         :
                           Plaintiffs,          :
                                                            :      20 Civ. 1204 (LGS)
            -against-                                :
                                                            :      ORDER
                                                            :
FLAT RATE MOVINGERS LTD., et al.,                           :
                           Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order.  Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.

Dated: August 13, 2020
       New York, New York

                                           LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE