Teresa H. Dooley, Esq.
HILL RIVKINS LLP
45 Broadway, Suite 1500
New York, New York 10006
*Attorneys For Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABBAS SHAH and ADAM BAUMAN,

                       Plaintiffs,        Civil Action No.: 1:20-cv-01204-LGS

-against-

FLAT RATE MOVERS LTD., FLAT RATE    **STIPULATION AND ORDER OF**
ELITE SERVICES, INC. and ELITE MOVING,  **DISCONTINUANCE**
LLC

                       Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the above entitled action be, and the same is hereby discontinued with prejudice, without costs to either party.

Dated: September 23, 2020
        New York, New York

| MCLOUGHLIN, O'HARA, WAGNER & KENDALL LLP<br>*Attorneys for Plaintiffs* | HILL RIVKINS LLP<br>*Attorneys for Defendants* |
|---|---|
| By: _____<br>Daniel M. O'Hara, Esq.<br>250 Park Avenue, Floor<br>New York, New York 10177 | By: _____<br>Teresa H. Dooley, Esq.<br>45 Broadway, Suite 1500<br>New York, New York 10006 |

SO ORDERED BY: _____
                             **LORNA G. SCHOFIELD**
                             **UNITED STATES DISTRICT JUDGE**

Dated: September 24, 2020
       New York, New York